**FILED**
**HARRISBURG, PA**

AUG 0 9 2024

PER_____ IBR _____
**DEPUTY CLERK**

1:24-mc-640

# <u>Declaration of Status of john joseph: whitfield</u>

United States District Court, _____ *(court name)*

Miscellaneous Docket No.: _____

"**Legal Papers**" Consisting of Sixteen Verified Affidavits and
Five Verified Unilateral Contracts Under Seal (Total of _100_ Pages)

## Restoration of Former Status

From Being a Public "United States" citizen
Nationally-owned "U.S. citizen" as of March 9, 1933,
Holding the *de facto,* Artificial Status of being a Corporate Citizen

To Becoming Once Again Postliminy

## A Pre-March 9, 1933, Private Citizen of the United States
## Private American National/Non- "U.S. citizen"

Pursuant to Section 1, Fourteenth Amendment;
Constitution for the United States of America

*"Art thou called being a servant? Care not for it:*
*But if thou mayest be made free, use it rather."*
*I Corinthians 7:21*

john joseph: whitfield, American Freeman/State National
Pre-March 9, 1933, Private Citizen of the United States/
Private American National / Non-"U.S. citizen"
Pre-March 9, 1933, Private Citizen of the State of North Carolina
Special and Private Resident of the County of Guilford
Mailing: 4214 W Wendover Ave, #1070,
Greensboro, North Carolina,
ZIP Code Excepted [*27407*]

**Page 1 of 5**

# **Table of Contents**

**Table of Contents**                                                    5 pages

**Introduction: Affidavit 1:** Historical Background for American Citizenship Status
             **Proves** the Counter-Reformation Conspiracy Plot of the
             **Society of Jesus** to alter American **"Federal"** Citizenship
             Status, through the Fourteenth Amendment to the Constitution,
             making Citizenship **"National"** thereby centralizing power
             in the City of Washington in 1868, and then Ousting Limited
             Constitutional **Civilian Government** by Imposing Unlimited
             **Emergency War Powers Military Government** in the
             District of Columbia ("Rome on the Potomac") in 1933,
             The new *de jure* National Republic to be Ruled as a *de facto*
             "Holy Roman" Fourteenth Amendment, pro-Socialist-Communist,
             Cartel-Capitalist American Empire Ruled for the benefit of
             The Pope of Rome directing the Empire's Commander in Chief
             Personally overseen by certain Jesuits of the Fourth Vow at
             Georgetown University in Washington, D.C., Fordham
             University in New York City and Loyola University in Chicago      10 pages

**Main Document: Affidavit 2: Declaration of Status of  john joseph: whitfield**
             **Pre-March 9, 1933, Private Citizen of the United States/**
             **Private American National/Non-"U.S. citizen"**              7 pages

**Exhibit 1 — Affidavit 3:** Acknowledgment and Acceptance of
             Life and Name of  **john joseph: whitfield**
             **Proves** the legal existence of the Man *in esse*, identified by his
             Upper and Lower case Common Law Name of his Nativity         2 pages

**Exhibit 2 — Verified Unilateral Contract Under Seal, 1**
             Deed of Acknowledgement and Acceptance With Consideration
             **Proves** Acceptance of the Deed / Certificate of Live Birth
             With Attached **"Annex A"**—Copy of Certificate of Live Birth      4 pages

**Exhibit 3 — Verified Unilateral Contract Under Seal, 2**
             Release With Consideration—*Nunc Pro Tunc Ab Initio*
             **Proves** the Separation between the Constitutional Natural person/
             Private American National Citizen and the Statutory Artificial
             **"person"** / Public "U.S. citizen" created on March 9, 1933
             With Attached **"Annex A"**—Copy of Certificate of Live Birth      4 pages

**Exhibit 4** — <u>**Affidavit 4**: Rescission of Signatures of Suretyship—</u>
                         <u>*Nunc Pro Tunc Ab Initio*</u>
                         **Proves** that Private American National Citizen has never
                         Provided signature of suretyship for the Public "U.S. citizen"
                         All previous signatures of suretyship now signatures of agency     2 pages

**Exhibit 5** — <u>**Affidavit 5**: Disclaimer of Implied Trusteeship or Quasi</u>
                         <u>Trusteeship for Legal Fiction "JOHN JOSEPH WHITFIELD"</u>
                         Proves the Man,   **john joseph: whitfield**, is no longer Trustee,
                           Fiduciary, Surety or Custodian for said Legal Fiction       3 pages

**Exhibit 6** — <u>**Affidavit 6**: Resignation of Registered Agent   john joseph: whitfield</u>
                         <u>for Legal Fiction JOHN JOSEPH WHITFIELD</u>
                         **Proves** the Man,   **john joseph: whitfield,** is no longer Registered
                         Agent for the **"person,"** Legal Fiction "JOHN JOSEPH WHITFIELD   3 pages

**Exhibit 7** — <u>**Affidavit 7**: Name Correction; Restoration of Given Christian</u>
                         <u>Name as Opposed to Statutory Name Change</u>
                         **Proves** Renunciation of Roman Civil Law ALL CAPS NAME
                         and Restoration of given Common Law Christian Name     3 pages

**Exhibit 8** — <u>**Affidavit 8**: Declaration of Private Citizen of the United States</u>
                         <u>Private American National/Non-"U.S. citizen"</u>
                         <u>Renunciation of Allegiance to Military Governments,</u>
                           <u>National and State</u>
                         <u>Private Citizen of Heaven</u>
                         **Proves** Constitutional Status of
                           Private American National Citizen     3 pages

**Exhibit 9** — <u>**Affidavit 9**: Private American Citizen Protected by the Lieber Code</u>
                         **Proves** Pre-March 9, 1933, Private American Citizen is protected
                         as a **"Freeman"** by Article 43 of the Lieber Code imposed by
                         FDR on the then Forty-eight Union States of the American
                           National Republic on March 9, 1933, via Proclamation 2040    3 pages

**Exhibit 10** — <u>**Affidavit 10**: Private American "National" Protected by</u>
                         <u>The Hague Convention Treaty</u>
                         **Proves** Article 23(h) Protection of the "**National**"     3 pages

**Exhibit 11 —** <u>**Verified Unilateral Contract Under Seal, 3**</u>
<u>Acknowledgement and Acceptance of Oaths of</u>
<u>Office to Support the Constitution of the United States of</u>
<u>America —</u>*Nunc Pro Tunc Ab Initio*
**Proves** the Oaths of Office of all Legislative, Executive and Judicial
Officers, Federal and State, have been Accepted
and are now Personally Binding on all Public Servants
of Emergency War Powers Military Governments                    3 pages

**Exhibit 12 —** <u>**Verified Unilateral Contract Under Seal, 4**</u>
<u>Release and Discharge of Obligations to Impose</u>
<u>Military Due Process of Law on the Man   **john joseph: whitfield**</u>
<u>And / or "JOHN JOSEPH WHITFIELD"—</u>*Nunc Pro Tunc Ab Initio*
**Proves** all legislative, executive and judicial officers, federal
And state have been Released and Discharged of their Legal
Obligations to impose Military Due Process of Law              3 pages

**Exhibit 13 —** <u>**Affidavit 11**: Notice to the Federal and State Courts to Abate Civil</u>
<u>and Criminal Actions due to Misnomer or Want of Joinder;</u>
<u>NOTICE OF FEE SCHEDULE</u>
**Proves** Courts lack In Personam Jurisdiction over the Man,
**john joseph: whitfield,** due to Misnomer and/or Want of Joinder   5 pages

**Exhibit 14 —** <u>**Affidavit 12**: Concerning Court Reporter's Transcript of Proceedings</u>
See Attached eight (8) page Transcript (**Annex A**)
**Proves** the Federal Court in 1994 lacked In Personam Jurisdiction
Over the Man, as Opposed to the Legal Fiction,
Resulting in the honest Judge Abating the Procedure            9 pages

**Exhibit 15 —** <u>**Affidavit 13**: Declaration of Private Trust Arrangement</u>
**Proves** Public Notice of a Private Trust Arrangement
with a Master File Trust Account Number
(See Annexes A, B, C, D and E with Attachment 1)               3 pages

**Annex A —** <u>**Private Unverified Unilateral Contract Under Seal**</u>
<u>Allonge attached to Apostilled and / or Authenticated</u>
<u>Certificate of Live Birth of  **john joseph: whitfield**</u>
**Proves** the creation of a National Private Business Trust
Acknowledged by <u>The Hague Convention</u> via the Apostille      5 pages

**Annex B** — <u>Copy of U.S. Treasury/IRS Form W-8BEN of</u>  **john joseph: whitfield**
<u>**Affidavit 14**: Addendum to Treasury/IRS Form W-8BEN (3 pages)</u>
**Proves** the <u>as foreign</u> status of Private Citizen of the United States
Private American National/Non-"U.S. citizen" to the
Emergency War Powers Military Governments,
National and State                                                                          5 pages

**Annex C** — <u>Copy of U.S. Treasury/IRS Form 56 of</u>  **john joseph: whitfield**
**Proves** Termination of Private American Citizen as Fiduciary
**Proves** Appointment of U.S. President / Commander in chief
and U.S. Secretary of Treasury as New Fiduciaries                          3 pages

**Annex D** — <u>Copy of U.S. Treasury/IRS Form 8822-B of</u>  **john joseph: whitfield**
**Proves** the Business Address and Name of New Responsible
Party For Private Business Trust "JOHN JOSEPH WHITFIELD"          2 pages

**Annex E** — <u>Copy of U.S. Social Security Administration Form SS-5</u>
**Proves** the Social Security Number Account has been
Updated for Private Trust "JOHN JOSEPH WHITFIELD"
**john joseph: whitfield** now the "**Beneficiary**"                                   2 pages

**Attachment 1 to Annex E:**
<u>**Affidavit 15**: Notice of Correction of Social Security Agreement</u>
<u>Form SS-5</u>
**Proves**   **john joseph: whitfield** is Agent of Record for
His Principal, Private Business Trust / Legal Fiction
"JOHN JOSEPH WHITFIELD"                                                                3 pages

**Exhibit 16** — <u>**Affidavit 16**: Claim of Equitable Title to Property</u>
**Proves** that Private American National Citizen holds
**Equitable Title by Nature** to all Resources and Property
held in the Name of "JOHN JOSEPH WHITFIELD" by the
Emergency War Powers Military Government of
the United States during the National Banking
Emergency/State of War (1933-Present)                                          <u>5 pages</u>

**Total:  100 pages**

## Affidavit 1
## Introduction and Summation
## Historical Background to Private American Citizenship Status
**Pre-March 9, 1933, Private Citizen of the United States: American National**

**"Indeed, no more than (an affidavit) is necessary to make the prima facie case."**
*United States v. Kis*, 658 F.2d, 526, 536 (7th Cir., 1981);
Certiorari Denied, 50 U.S.L.W. 2169; S. Ct. March 22, 1982
***In judicio non creditor nisi juratis.*** *(In a trial, credence is given only to those who are sworn.)*
***Maxim: "Equity regards as done that which ought to have been done."***

Accordingly, I, **john joseph: whitfield**, *in esse* and *sui juris*, of lawful age to give testimony, being duly sworn, depose and declare that the following facts are true, correct and complete to the best of my knowledge and belief.

I, **john joseph: whitfield**, do solemnly declare and affirm the following historical facts with regard to the status of *de jure* **Private American National citizenship** (said original federal citizenship, secured by Article IV, Section 2, having been broadened into national citizenship by Section 1 of the 14th Amendment to the Constitution of the United States of America) and the design of the Roman papacy, spearheaded by the military order of the **Society of Jesus**, to overthrow the liberties of Private American National Citizens of the United States of America by imposing a State-created or Nationally-created, statutory, *de facto* **Public "U.S. citizenship"** via the Birth Certificate or Nationalization Certificate. This *de facto* Public U.S. citizenship, being in substance a privileged Roman citizenship, would enable the constitutionally *de jure* civilian government of the United States (having been constitutionally altered from being a *de jure* "**Federal**" government to a *de jure* "**National**" government by the 14th Amendment, 1868) to be replaced with a Congressionally-created, statutory, *de facto* Emergency War Powers military government of the United States on March 9, 1933. This radical, socialist-communist **coup d'état** plotted by the infamous **Society of Jesus**, aided by the **Knights of Columbus** and carried out by its **Scottish-Rite Masonic** agent, President Franklin "Augustus Caesar" Roosevelt, would "oust" thereby overthrowing the civilian government exercising the constitutional, *de jure* **jurisdiction** of the United States (the "**United States**" being "the collective name of the states which are united by and under the constitution," *Hooven & Allison Co. v. Evatt*, 324 U.S. 652, 672), replacing it with a *de facto* military government exercising an extra-constitutional, alien and foreign, *de facto,* emergency war powers military **jurisdiction** of the United States (this "**United States**" being "the territory over which the sovereignty of the United States extends," *Hooven & Allison Co. v. Evatt*, supra, 671).

Further, by legally replacing constitutional *de jure* **Private American Citizenship** with *de facto* **Public "U.S. citizenship,"** thereby enabling the constitutional *de jure* **jurisdiction** of the "United States" to be legally replaced with a statutory *de facto,* emergency war powers military **jurisdiction** of the "United States," **the Jesuit Order** would fulfill its design of overthrowing the liberties of the United States as plotted during the Congress of Vienna (1814-1815) and the subsequent Secret Treaty of Verona (1822) because of which President James Monroe issued his blessed "Monroe Doctrine" (1823)—and for which he was given "the poison cup" on July 4, 1831. American inventor Samuel F. B. Morse warned of this diabolical Jesuit Conspiracy against America in his epic work, *Foreign Conspiracy Against the Liberties of the United States*, published in 1835.

Further, this overthrow of both *de jure* **Private American National Citizenship** at Common Law and its counterpart, the *de jure* **jurisdiction** of the "United States" at Common Law, would enable the Jesuits from Georgetown University to use the *de facto* Emergency War Powers American Congress created on March 9, 1933—now possessing the unlimited legislative powers of an English Parliament—to wield absolute legislative power over the *de jure* fifty sovereign states reduced to *de facto* "conquered territories" ruled by the statutorily-created, *de facto* national Emergency War Powers **military government**. This unlimited, congressional power would enable the Jesuits, ruling their *de facto* military government of their *de facto* American Empire, **to control by statute** every facet of American life "from the cradle to the grave." This control would include the imposition of socialist-communism for the building of cartel capitalism and the destruction of the historic White Protestant and Baptist Middle Class Americans (as well as all others); the building of a huge military industrial complex while using their *de facto* **Public "U.S. citizens"** to work in the Jesuit Order's anti-laisser-faire, cartel-capitalist corporations; and to finance and fight the wars of the pope's American Empire. These international crusades, directed by the **Society of Jesus** within the geographical United States via its Council on Foreign Relations, would be fought for the benefit of the Roman papacy in restoring the Temporal / Political Power of the pope over the governments of all nations while subsequently militarizing those conquered or abandoned nations—as most recently occurred in Afghanistan (2021) when the Jesuits, ruling the Biden Administration, gave over eighty billion dollars in American weaponry to the Sunni Muslim Taliban.

Further, with the change of the *de jure* constitutional **jurisdiction** of the "United States" (with its Common Law **civilian due process** and procedure secured by the Fifth Amendment, the Seventh Amendment and section 1 of the Fourteenth Amendment) to a *de facto*, extra-constitutional, **Roman Civil Law jurisdiction** of the "United States" (established by an amended World War I statute (1933), a Presidential Proclamation (1933)

and the subsequent abolition of Common Law rights and Common Law **civilian due process** by the Supreme Court (1938)), an alien and foreign **military due process** would be adopted by the federal and state courts fitted for the new *de facto* **Public "U.S. citizens"** living in the states deemed *de facto* "conquered territories." Since these *de facto* Public "U.S. citizens" are in substance Roman citizens, and since these *de facto* "conquered territories" are in substance Roman provinces under military rule, it is only fitting that the **Roman / Public "U.S. citizens"** should be criminally and civilly subjected to a military due process imposed by their constitutionally-created civilian courts. This *de facto* military due process, if unchallenged by prima facie evidence proving the accused to be an American Private National Citizen of the United States of America and not a Roman Public "U.S. citizen," would confer, in substance, military *in personam* jurisdiction. With this absolutist judicial jurisdiction limited only by decisions of the Supreme Court, the federal courts would be in substance **territorial courts** of the Conqueror. These Emergency War Powers Courts would enforce the sovereign will of the *de facto* Emergency War Powers Congress, while sitting in a special, **"Roman Equity"** in substance, a **military equity**, operating upon a **legal fiction**. The legal fiction, the artificial person clothing the man, would be the presumption of fact that each individual Private American National Citizen of the United States of America was in contract with, and enfranchised by, the state of his natural birth, thereby altering his constitutional, *de jure* Private American National Citizenship status conferred at birth into a statutory, *de facto* Public National "U.S. citizenship" upon the public filing of a unilateral contract in conjunction with the Commander in chief's seizure of every registered person, place and thing on March 9, 1933, which change in status would enable and obligate the Emergency War Powers courts to dispose of this matter, federal or state, criminal or civil.

Further, that unilateral contract was the public filing of a **"Certificate of Live Birth"** deliberately patterned after the Roman Catholic **"Certificate of Baptism"** creating Vatican City-state citizenship. The American "Certificate of Live Birth"—**by operation of law**— would be the contract to alter *de jure* Private American National Citizenship to *de facto* Public "U.S. citizenship." With this **presumption of fact** of an existing contract held by every individual Public "U.S. citizen" (for which its Private American National Citizen of the United States would be Surety primarily liable), every court legally sits in a military, **Roman Equity** (in which the rules of Law and Equity have been merged) enforcing the statutes of an Emergency War Powers Congress. This *de facto* status enables and obligates all federal and state courts to proceed according to the course of **English/American Admiralty** which in turn follows the maxims of **Roman Civil Law Equity** thereby fulfilling the grand design of the **Society of Jesus** in subverting the Common Law jurisdiction of the United States (as per Section 1, 13th Amendment, and Section 1, 14th

Amendment) by rendering ineffective the constitutional status of *de jure* Pre-March 9, 1933, Private American National Citizens of the United States of America (Section 1, 14th Amendment).

Further, this evil design of the **Society of Jesus** against the Constitutional, Common Law liberties of the Private American National Citizens of the United States of America was set forth by one of the Order's Masonic Temporal Coadjutors. That man was **Sir Henry Sumner Maine**, Regis Professor of the Civil Law in the University of Cambridge, England. In his *Ancient Law: Its Connection with the Early History of Society, and its Relation to Modern Ideas* (1864), Maine sets forth his three-part plan that, after its imposition, overthrew limited American government born out of the Protestant Reformation (1517-1648) and the First American Great Awakening (1735-1745). That diabolical, "unholy trinity" was first the creation of a **Legal Fiction**, after which the imposition of judicial **Equity** after the overthrow of American Common Law, then opening the door to congressional/parliamentary, unlimited **Legislation**. (The philosophic parallel to this formula is "**Substance, Mode** and **Circumstance**.") The legal foundation and substance for this *de facto* overthrow of the limited, constitutional, *de jure* "jurisdiction of the United States" is the **Legal Fiction**. That **Legal Fiction**, evil though legally imposed by silent consent of each Private American National Citizen, was the public filing of a Certificate of Live Birth, the Baptismal Certificate of every nationally-owned, Public "U.S. citizen." Hence, every Private American National Citizen became subordinate **Surety** for, and the held **Property** of, his alter ego and Gemini Twin, the Public "U.S. citizen." As of March 6, 1933, all Public "U.S. citizens" —with their registered **Surety/Property**, Private American National Citizens—were seized as **booty of war** by President Franklin Roosevelt's military, emergency war powers Proclamation 2039 which in fact overthrew the Sovereignty of "**We the People**" of the United States of America, reducing them to being mere **property** of Rome's *de facto* military government sitting in "the District of Columbia," to be treated as "rebels and belligerents" living in the fifty states deemed by the Conqueror / Commander in chief to be merely "occupied territories," the seized state governors ruling their *de facto* military governments in subordination to Washington, D.C.

Therefore, finding this situation of **statutorily-altered**, Private American National citizenship status intolerable being in contradiction with the maxims of **Holy Scripture** (Proverbs 11:15), and at variance and in conflict with the originally established courts of Common Law as well as the courts of exclusive/inherent Equity/Chancery governed solely by the Maxims of Equity, I, **john joseph: whitfield**, do solemnly declare and affirm:

1. WHEREAS, the FRANCHISE, CORPORATE SOLE, and or BIRTH CERTIFICATE, being in fact a unilateral contract under seal, was created and offered **legally though deceitfully**, its open-but-false purpose being to aid in the Census as a means of identification in the documentation of a natural birth, as well as for health reasons and purposes; its secret-but-true purpose being to rob "**We the People**," which includes every individual Private American National Citizen, first of our national sovereignty as a People, then of our constitutionally-created status, and ultimately our lives, fortunes and sacred honor; and,

2. WHEREAS, the secret-but-true purpose of the BIRTH CERTIFICATE, a unilateral contract under seal, is to be a covert commercial agreement and unconscionable, adhesion contract / quasi-contract between the state of the "**child's**" natural birth and the mother of the baby, the baby then deemed property of the National, *de facto* military government of the United States (the BIRTH CERTIFICATES being recorded by the Department of Commerce then to serve as collateral securities for the unquestionable public debt as per Section 4 of the 14th Amendment); and,

3. WHEREAS, the true nature of the DATE OF FILING on the BIRTH CERTIFICATE, a unilateral contract under seal, is to commence the **legal birth** of the quasi-corporate, artificial person / **Public "U.S. citizen"** created by all necessary legal elements of a unilateral contract (it being in writing, signed, sealed and delivered for registration and filed with a public office of the "**child's**" state of live birth); and,

4. WHEREAS, the true nature of the DATE OF BIRTH of the "**child**" named on the BIRTH CERTIFICATE is to commit the natural person / Private American National Citizen as **Surety** for, and **personal property** of, the state-created, artificial person / Public "U.S. citizen," both entities being legally wedded into one legal entity, the hybrid, nationally-owned, man-person, **Public "U.S. citizen"**;

5. WHEREAS, the BIRTH CERTIFICATE is a COMMERCIAL INSTRUMENT recorded with the County Recorder, a subsidiary of the Secretary of State (of the several states treated as "conquered territories"), also sent to the Bureau of Census, a division of the Department of Commerce in Washington, D.C., placing the **NAME** of the Public "U.S. citizen" into interstate and foreign world commerce as a statutory, legal "person" (as are corporations, partnerships, trusts, corporate soles, etc.), distinct and separate from the "natural born citizen" as well as the naturalized citizen, i.e., the **Private American National Citizen**; and,

6. WHEREAS, the Secretary of State (of the several states) charters corporations and issues franchises, therefore, any **natural born** or **naturalized citizen / Private American National Citizen** having a BIRTH CERTIFICATE, and a "source" of "income" is liable to the Franchise Tax Board of the State's Department of Revenue for income/excise/privilege taxes, as well as being liable to the Internal Revenue Service collecting the internal revenue for the "**Federal Corporation**" of the United States (28 USC 3002(15)(A) via excise / income / privilege taxes in payment of the interest on the national debt (proven by President Ronald Reagan's Grace Commission) which interest is owed to the Roman papacy's Federal Reserve Bank; and,

7. WHEREAS, this BIRTH CERTIFICATE, functioning as a COMMERCIAL INSTRUMENT, has hoodwinked **Private American National Citizen  john joseph: whitfield**, a.k.a. JOHN JOSEPH WHITFIELD, allegedly named on said certificate, into an unknown and covert implied contract by operation of law, placing Affiant and fellow Private American National Citizens under an alien, foreign and yet "temporary," *de facto* emergency war powers military jurisdiction of the United States created at first by the "**Emergency Banking Relief Act**" on March 9, 1933 (Section II containing a congressionally-amended WWI statute known as the "**Trading With the Enemy Act**") codified at 12 USC 95a-b, and secondly by President Franklin D. Roosevelt's Emergency War Powers Proclamation 2040 also decreed on March 9, 1933; and,

8. WHEREAS, the above *de facto* jurisdiction of the United States includes the jurisdiction of the constitutionally-created, federal and state civilian courts (**IN FORM**) sitting in emergency war powers military jurisdiction proceeding according to the course of English/American Admiralty (**IN SUBSTANCE**), every defendant having a surety primarily liable, they no longer proceeding against the accused Private American National Citizen with the Mode of a Common Law **civilian due process**, but rather with the Mode of a Roman Civil Law **military due process** that, if unchallenged by producing state-filed public records and other prima facie evidence, will confer a military jurisdiction over the accused then forced to plead in a court imposing **military due process** and procedure derived from a congressionally-amended, World War I statute as of March 9, 1933, the judges, federal and state, acting on behalf of the *de facto* military dictator / Commander in chief sitting in his District of Columbia ("Rome on the Potomac"); and,

9. WHEREAS Affiant, a Private American National Citizen, has ceased to be **Surety** for and the **registered property** of, Public "U.S. citizen" "JOHN JOSEPH WHITFIELD" by means of a duly filed "**Release With Consideration—*Nunc Pro Tunc Ab Initio*,**" and "**Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*,**" thereby returning to the former status of being a Pre-March 9, 1933, Private American Citizen held for less than eighteen (18) days after Affiant's natural birth; and,

10. WHEREAS Affiant *in esse*, has irrevocably separated himself from the state-created FRANCHISE, CORPORATE SOLE, "UNITED STATES CITIZEN," created by means of a publicly-filed BIRTH CERTIFICATE attached hereto, and hereby revokes all powers, including, but not limited to, Powers of Attorney and / or Agency that Affiant may have granted to any third party, public and / or private. Therefore, Affiant is not a party to FDR's contract with all "U.S. citizens" by means of Proclamation 2040 confirmed and approved by Congress in its passage of the "**Emergency Banking Relief Act**" thereby amending the "**Trading With the Enemy Act.**" Therefore, Affiant is not in commerce (as are corporations), never to enjoy any commercial privilege of limited liability as a matter of "United States citizenship" status (as do corporations being also Public "U.S. citizens"), having discharged all *de facto* Emergency War Powers Military Governments, national and state, from any duty or obligation having arisen from Affiant being the **Property** of, **Surety** for and/or wedded to the state-created hybrid, the federally-owned, Public "U.S. citizen" serving the District of Columbia for papal commerce and war; and,

11. WHEREAS, I, **john joseph: whitfield**, have returned to my former status of being an American Freeman, American National and State National in exclusive Equity, i.e., a *de jure* Private National Citizen of the United States protected by section One of the Fourteenth Amendment and therefore stand "*in personam*," "*in esse*" and "*sui juris*," possessing all God-given, unalienable rights including those protected by the first eight amendments of the Bill of Rights, all Constitutional fundamental rights (federal and state) and all Common Law rights of a *de jure* Private Citizen of the United States / American National no longer under the legal disability of being the **Property** of, **Surety** primarily liable for and / or wedded to a *de facto*, state-created business organization, Public "U.S. citizen" legally owned by the National, *de facto* Emergency War Powers Military Government of the United States; and,

12. WHEREAS, I, **john joseph: whitfield**, am no longer the **Property** of, **Surety** for and / or wedded to a *de facto* Public "U.S. citizen" (which is "**alieni juris**"),

therefore no longer under the *de facto* jurisdictional power of statutorily-created, *de facto* Emergency War Powers Governments (National and State) as those absolute legislative, absolute executive and absolute judicial powers are exercised towards a *de facto,* Public "U.S. citizen" deemed a "rebel, enemy and belligerent" statutorily "residing" in a state deemed an "occupied territory," and therefore no longer under the paternal guardianship / guardian-ward legal relationship of the *de facto,* Emergency War Powers Military Governments (National and State), as those absolute, paternal powers are exercised towards its "**infants, children and wards**," i.e., *de facto* Public "U.S. citizens"; and,

THEREFORE, based upon the foregoing, I,  **john joseph: whitfield**, *in esse* and *sui juris*, do solemnly declare and affirm that:

I,  **john joseph: whitfield**, holding the constitutionally-protected private right to **a civilian due process of law** on both a National and State level, as well as being unaffected by the wicked "Emergency Banking Relief Act" having imposed a **military due process of law** (by way of the amended "Trading with the Enemy Act") on any substantively, artificial "**person within** the United States" deemed federal "booty of war," am **as foreign**, by nature and by characteristic, to the extra-constitutional, alien, *de facto,* "temporary," provisional, Emergency War Powers **Military Government** of the United States and owe no temporary allegiance to said "temporary" Emergency War Powers Military Government.  Therefore, I am **as foreign**, by nature and characteristic, to the extra-constitutional, alien, *de facto,* "temporary," Emergency War Powers **Military Government** of the Commonwealth of Pennsylvania as well as the extra-constitutional, alien, *de facto,* "temporary," Emergency War Powers **Military Governments** of the other forty nine (49) States and owe no temporary allegiance to said "temporary" Emergency War Powers State governments, said extra-constitutional, alien, *de facto,* "temporary," Emergency War Powers **Military Governments** having been "temporarily" created by Congress (12 USC 95a) and by President Franklin D. Roosevelt (Presidential Proclamation 2040) on **March 9, 1933**, that day of most notable conquest and consent of the American People, in fact a Jesuitical **coup d'état**, that great day of infamy and high treason against the **Sovereign American People of the United States of America**, they having declared their independence from Great Britain through that monumental **Bill in Chancery**, the Protestant / Calvinist and Baptist / Calvinist Declaration of Independence, and then subsequently ordained and established the grand and glorious Protestant Constitution of the United States of America, with its Baptist Calvinist-inspired Bill of Rights, for themselves and for their **Posterity**—of which I am an **Heir** and beneficially-interested member.

This "**Declaration of Status of john joseph: whitfield: American Freeman; Pre-March 9, 1933, Private Citizen of the United States / Private American National,**" supersedes any previous filing with any public office of said Declaration of Status.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

  

_john joseph_

**john joseph: whitfield**, American Freeman / State National
Pre-March 9, 1933, Private American Citizen of the United States
  Private American National / Non-"U.S. citizen"
Private Citizen of the State of North Carolina
Special and Private Resident of the County of Guilford
Agent of Record without recourse / without prejudice for
  "JOHN JOSEPH WHITFIELD"
Sole Beneficiary of the Estate and Name of
  "JOHN JOSEPH WHITFIELD"
All Rights Reserved Without Prejudice

## Verification and Acknowledgement

| | |
|---|---|
| **United States of America** | ) |
| **State of North Carolina** | )  s. a. |
| **County of Guilford** | ) |

Before Me, on this day **john joseph: whitfield**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the _AKJV1611 Bible_ and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this ___6th___ day of August, 2024.



KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
4/18/2026

Notary Public

<u>**Affidavit 2**</u>
<u>**Declaration of Status of john joseph: whitfield**</u>
<u>**Pre-March 9, 1933, Private Citizen of the United States**</u>
<u>**Private American National / Non-"U.S. citizen"**</u>

COMES NOW Affiant, **john joseph: whitfield**, *in esse* and *sui juris*, over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that this document amends the "**Declaration of Status of John Joseph Whitfield,**" OR "**Declaration of Status of john-jospeh: .whitfield**" having been previously filed with any State Court of Record, the following statements being true and correct to the best of his knowledge and experience:

1. I, **john joseph: whitfield**, am a living Man made in the image of God (James 3:9), born on the land of New Castle County, Nation / State of Delaware (**Exhibit 1**); and,

2. I, **john joseph: whitfield**, was given my Christian name on the day of my nativity, March 09, 1967. I am known by no other name including "JOHN JOSEPH WHITFIELD" any derivative of that NAME (**Exhibit 1**); and,

3. I, **john joseph: whitfield**, am an Heir of the Posterity, one of "**We the People,**" and Beneficiary of the constitutional Republic of the Nation/State of Indiana and the constitutional Republic of the United States of America, holding the sacred right to **civilian due process of law** (i.e., Common Law and Equity) secured on federal and state levels by the Fifth Amendment and Section One of the Fourteenth Amendment to the Constitution of the United States of America; and,

4. I, **john joseph: whitfield**, have Acknowledged and Accepted my Certificate of Live Birth issued by the temporary emergency war powers military government of the State of Indiana, thereby completing the gift of conveyance of the Certificate of Live Birth to myself (**Exhibit 2**); and

5. I, **john joseph: whitfield**, by means of a duly filed "Release With Consideration" have released and disclaimed all legal interests of suretyship and quasi-trusteeship in the Estate of "JOHN JOSEPH WHITFIELD," a Delaware registered organization, Certificate of Live Birth State File No. 107-67-003176. (**Exhibit 3**); and,

6. I, **john joseph: whitfield**, have rescinded all signatures of suretyship *Nunc Pro Tunc Ab Initio*, provided on behalf of "JOHN JOSEPH WHITFIELD," or any

derivative of that NAME, effective from the filing date of said Certificate of Live Birth on May 2, 1967, now being signatures of agency by **john joseph: whitfield**, the Agent of Record and/or Sole Beneficiary without recourse (**Exhibit 4**); and,

7. I, **john joseph: whitfield**, have disclaimed and refused every implied trusteeship and / or quasi-trusteeship, whether acting as fiduciary or custodian, ever unconsciously provided or presumed on behalf of corporate sole / Legal Fiction / "U.S. citizen" "JOHN JOSEPH WHITFIELD" (including any derivative of the NAME thereof) be it public and / or private (**Exhibit 5**); and,

8. I, **john joseph: whitfield**, have resigned as the **Registered Agent** for "JOHN JOSEPH WHITFIELD" (**Exhibit 6**); and,

9. I, **john joseph: whitfield**, have absolutely renounced, disclaimed, released, relinquished and abandoned the use of my assumed name, "JOHN JOSEPH WHITFIELD," and have resumed the use of my given Christian Name **john joseph: whitfield** conferred on the day of my nativity, and therefore I shall never consent to be, or to be legally joined to, either publicly and / or privately, as the surety / fiduciary / trustee / lessee for "JOHN JOSEPH WHITFIELD," "JOHN J WHITFIELD," "WHITFIELD, JOHN J.," "John J. Whitfield," or any other derivative of that NAME; and, (**Exhibit 7**); and,

10. I, **john joseph: whitfield**, am a natural "person" and Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen" defined by Section One of the Fourteenth Amendment to the Constitution of the United States of America, said status having been protected by the former, constitutionally-created, civilian government presently ousted as of March 9, 1933; and now, during the provisional, military government temporarily imposed by congressionally-approved and confirmed Proclamation 2040 on March 9, 1933, I, **john joseph: whitfield**, remain a Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen"/ Private Citizen of the Union Nation / State of residence at Common Law and Equity, protected by Section One of the Fourteenth Amendment of the Constitution for the United States of America (**Exhibit 8**); and,

11. I, **john joseph: whitfield**, hereby proclaim that the jurisdictional flags of my nations, National and State, are civilian **flags of peace** as opposed to **military colors / war flags** bordered on three sides with gold fringe and / or draped with gold cords with gold tassels as defined in Army Regulation 840-10; and,

12. **My laws** are my family *AV1611 King James Bible* (born out of **the risen Son of God's** Glorious Protestant Reformation that began the Modern Era of Western Civilization), the Constitution of the United States of America, the United States Statutes at Large, and the Thirty Maxims of English/American Equity; and,

13. I, **john joseph: whitfield**, am not an "**alien, rebel, belligerent, enemy** or **outlaw**," publicly residing within a **conquered territory** of the "United States" ("the territory over which the sovereignty of the United States exists," *Hooven*, supra, p. 671), its sovereign, *de facto*, Military Government having been imposed by Franklin D. Roosevelt's Presidential Proclamation 2040 **approved and confirmed** by Congress' "Emergency Banking and Relief Act" (12 USC 95b), which act also amended (via 12 USC 95a) the "Trading with the Enemy Act" (50 USC App. 5(b)), on March 9, 1933.

14. I, **john joseph: whitfield**, am neither an "enemy" nor a "person" defined by the "Trading With the Enemy Act" of 1917 (50 USC App. 5(b) now 50 USC 4305(b)) as amended by the "Emergency Banking Relief Act" of 1933 (12 USC 95a), nor defined by any other Federal and/or State statute promulgated by State and / or National emergency war powers military governments; and,

15. I, **john joseph: whitfield**, a Pre-March 9, 1933, Private Citizen of the United States/ Private American National / Non-"U.S. citizen," am a natural "person" no longer clothed with Legal Fiction "JOHN JOSEPH WHITFIELD," said natural "person" exclusively defined by the Fifth Amendment and Section One of the Fourteenth Amendment to the Constitution of the United States of America; and,

16. I, **john joseph: whitfield**, am not a State-created, Nationally-insured, statutory "U.S. citizen" in commerce or at war; nor am I the surety / trustee / registered agent / accommodating party for statutory "U.S. citizen" "JOHN JOSEPH WHITFIELD" or any derivative of that NAME. Further, I am neither a Legal Fiction in substance nor clothed with the form of a Legal Fiction; for the private Man created by **God** is not the statutorily-created, public, quasi-artificial "PERSON" created by the State; and,

17. I, **john joseph: whitfield**, a Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen," am protected by **Article 43** of the **Lieber Code** (in effect within the United States under military occupation since March 9, 1933), **Article 43** protecting those having escaped the bondage of

(voluntary) servitude deemed a "**freeman**" and protected by the occupying army of the Commander in chief residing in the District of Columbia (**Exhibit 9**); and,

18. I, **john joseph: whitfield**, a Pre-March 9, 1933, Private Citizen of the United States/ Private American National / Non-"U.S. citizen," am protected by international law, i.e., the treaty known as the **Hague Convention** of 1907, **Article 23** distinguishing between "belligerents" and "nationals," the military commander in chief of his occupying military force to protect the constitutionally-secured, rights of the "**nationals**" including the right to civilian due process of law, while waging war on said "belligerents," i.e., statutory "U.S. citizens" (**Exhibit 10**); and,

19. I, **john joseph: whitfield**, have accepted the Oaths of all legislative, executive, and judicial officers and trustees (including all police officers), National and State, to uphold the Constitution of the United States of America, including all treaties made in accordance therewith, as the supreme law of the land pursuant to Article VI, Sections 2 and 3, of the Constitution (**Exhibit 11**); and,

20. I, **john joseph: whitfield**, have Released and Discharged all legislative, executive and judicial officers and trustees (including all police officers), National and State, from the obligation of imposing any form of extra-constitutional, statutory, temporarily-imposed, emergency war powers military jurisdiction, including military due process of law (**Exhibit 12**); and,

21. I, **john joseph: whitfield**, hereby hold harmless and indemnify, by means of a private banknote/equitable asset of the Trust, all legislative, executive and judicial officers and trustees (including all police officers), Federal and State, for not imposing said military due process of law that must result in abatement and/or dismissal by any court, National or State, relating to any and all actions, public and private, concerning the Man, **john joseph: whitfield**; and,

22. I, **john joseph: whitfield**, have noticed both National and State Courts to abate all civil and criminal actions imposing emergency war powers military due process and procedure (called "legal procedure"), as Affiant's Name, **john joseph: whitfield**, is not the defendant's NAME docketed in an all-capital-lettered NAME, nor does Affiant consent to Joinder (voluntarily consenting to be joined to his Principal, Legal Fiction "JOHN JOSEPH WHITFIELD") in said actions (**Exhibit 13**); and,

23. I, **john joseph: whitfield**, have solemnly affirmed that a true copy of the Court Reporter's transcript attached hereto recorded that **John G. Davies**, an Article III United States District Judge, abated a civil action on March 21, 1994, against a

certain Man presumed to be the defendant when that Man, in response to a Rule to Show Cause, set forth his law, civilian flag of Indiana and his given name spelled in upper and lower case letters, as opposed to the all-capital lettered NAMED defendant, the honest Judge, bound by the evidence before him, stated this was a case of "mistaken identity" (**Exhibit 14**); and,

24. I, **john joseph: whitfield**, by means of a private trust arrangement, am the public Agent of Record without recourse / without prejudice and private Sole Beneficiary of the Estate, Legal Title thereto held by the Commander in chief in the NAME of National Private Business Trust "JOHN JOSEPH WHITFIELD," the office of the President / Commander in chief of the military government of the United States and the office of the Secretary of the Treasury of the military government of the United States being the fiduciaries / trustees thereof (**Exhibit 15**); and,

25. I, **john joseph: whitfield**, do not **publicly** reside according to state statute within a **conquered territory** or within a **federal military district** of the geographic Republic of the United States of America (composed of the fifty states). My special, private and confidential location of Residence at Common Law and in American Equity on the land of the County of Lebanon is:

> **john joseph: whitfield, American Freeman/American National**
> Pre-March 9, 1933, Private American Citizen of the United States
> Pre-March 9, 1933, Private American National / Non-"U.S. citizen"
> Pre-March 9, 1933, Private Citizen of the State of North Carolina
> Privately Residing on a Non-militarily occupied Estate
> County of Guilford
> Greensboro, North Carolina
> ZIP Code Excepted [*27407*]

26. I, **john joseph: whitfield**, do not **publically** reside according to statute within any of the **ten regions** of the geographic United States of America designated by **ZIP codes** of the **Federal Zone Improvement Project** begun in 1963 and take exception to whenever and wherever possible in the use of either a ZIP code or a Postal code, both being synonymous; and,

27. I, **john joseph: whitfield**, by virtue of my Pre-March 9, 1933, Private American Citizenship Status and an express trust arrangement (**Exhibit 15**), hold Equitable Title by Nature to all resources, assets and property, public and / or private, domestic

and / or non-domestic, within and without the geographic United States of America, held in the Name and Estate of "JOHN JOSEPH WHITFIELD," I.D. No. XXXXX3221, by the provisional military government of the United States (**Exhibit 16**).

Further Declarant Sayeth Not.

Further Affiant Sayeth Not.

  

**John joseph: whitfield**, American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
      Private American National / Non-"U.S. citizen"
Private Citizen of the State of North Carolina
Special and Private Resident of the County of Guilford
Agent of Record without recourse / without prejudice for
      "JOHN JOSEPH WHITFIELD"
Sole Beneficiary of the Estate and Name of
      "JOHN JOSEPH WHITFIELD"
All Rights Reserved Without Prejudice

## Verification and Acknowledgement

| | |
|---|---|
| **United States of America** | ) |
| **State of North Carolina** | )    s. a. |
| **County of Guilford** | ) |

Before Me, on this day **john joseph: whitfield**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the _AKJV1611 Bible_ and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this ___6th___ day of August, 2024.



KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
4/18/2026

Notary Public

Affidavit 2: Declaration of Status                    Page 7 of 7

# Affidavit 3
## Acknowledgment and Acceptance of Life and Name of "john joseph: whitfield"

Accordingly, I, **john joseph: whitfield**, *in esse* and *sui juris*, solemnly affirm, depose and declare that:

I, **john joseph: whitfield**, was naturally born on the land of New Castle County, Nation / State of Delaware, and took my first breath of life on the Ninth day of March in the Year of our Lord Nineteen Hundred Sixty-Seven (March 9, 1967). On that day my natural and legal parents, **Joseph Leonard Whitfield** and **Sarah Ruth Waters**, gave me the name of "**john joseph.**" Inheriting the family name / surname of "**whitfield,**" , I am " **john joseph: whitfield.**" My name is in the spelling of a proper name and family name / surname of an individual natural person; and,

I, **john joseph: whitfield**, am still alive and breathing dwelling on the land of the living and not lost in time, lost at sea or lost in space, having never been "merely dead," presumed dead, deceased, absent from my life's Estate, or intentionally abandoned by my natural and legal parents upon the day of my nativity. Since the day of my natural birth, I have never intentionally or unintentionally surrendered or abandoned any claims of **God-given life**, estate or claims to my given Christian name recorded in the Lamb's Book of Life (*Revelation 13:8; 20:15*). Further, I hereby **acknowledge and accept** my life, including my body, soul and spirit, (*I Thessalonians 5:23*) and hereby **acknowledge and accept** my name of **john joseph: whitfield**, written in the Lamb's Book of Life (*Revelation 3:5*), good against all the world; and,

I, **john joseph: whitfield**, am neither a member of the United States Armed Forces, nor am I a rebel or belligerent publicly residing in an occupied territory under rule of a martial or military conqueror / commander in chief. Being a Pre-March 9, 1933, Private Citizen of the United States/Private American National/Non-"U.S. citizen," I am neither an "enemy" as defined by the "Trading With the Enemy Act" of October 6, 1917 (50 USC App. 2(c) now 50 USC 4302(c)), nor an individual, quasi-artificial "**person**" as defined by the "Trading With the Enemy Act" of October 6, 1917 (50 USC App. 5(b) now 50 USC 4305(b)), as amended by the "Emergency Banking Relief Act" of March 9, 1933 (12 USC 95a). Therefore, I am not, nor have ever been, nor ever intend to be the statutory, quasi-artificial person "JOHN JOSEPH WHITFIELD," "JOHN J. WHITFIELD," "John J. Whitfield," "WHITFIELD, JOHN J." or designated by any other derivation of said name of war/*nom de guerre*.

I am the Man made in the image of God, **john joseph: whitfield.**

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

  

**john joseph: whitfield**, American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the Nation / State North Carolina
Special and Private Resident of the County of Guilford
Agent of Record without recourse / without prejudice for
"JOHN JOSEPH WHITFIELD"
Sole Beneficiary of the Estate and Name of
"JOHN JOSEPH WHITFIELD"
All Rights Reserved Without Prejudice

---

### Verification and Acknowledgement

| | | |
|---|---|---|
| **United States of America** | ) | |
| **State North Carolina** | ) | **s. a.** |
| **County of Guilford** | ) | |

Before Me, on this day **john joseph: whitfield** known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this _____6ᵗʰ_____ day of August, 2024.



KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
4/18/2026

_____
Notary Public

---

**Exhibit 1; Page 2 of 2**

## Verified Unilateral Contract Under Seal, 1
## Deed of Acknowledgement and Acceptance With Consideration
### *Nunc Pro Tunc Ab Initio*

TO:      STATE OF DELAWARE, grantor/issuer/transferor/assignor
             UNITED STATES OF AMERICA, grantor/issuer/transferor/assignor

IN RE:    JOHN JOSEPH WHITFIELD, STATE OF DELAWARE CERTIFICATION OF
             BIRTH STATE FILE NUMBER **107-67-003176**/SSN/EIN **XXX-XX-3221**

FROM:     **john joseph: whitfield**, transferee/assignee/grantee, "Grantee"

BE IT KNOWN to all persons and men worldwide, and to the Grantors:

I, the undersigned, **john joseph: whitfield**, grantee/assignee/transferee herein, with intent and purpose, freewill act and deed execute this Deed of my Acknowledgement and Acceptance *Nunc Pro Tunc Ab Initio* in consideration of One lawful dollar as per the above-referenced CERTIFICATION OF BIRTH of JOHN JOSEPH WHITFIELD (see **Annex A** attached herewith) under the terms of this Deed. Grantee orders that the record on file in a court of record be updated to show my acknowledgement and acceptance with consideration of said Deed. This record replaces the previously filed said acknowledgements on record with any public record custodian.

Done under my hand and seal with intent, special purpose, freewill act and deed.




AUG 0 6 2024

_____
Date:

*john joseph*
**john joseph: whitfield**
c/o 4214 W Wendover Ave, #1070
Greensboro, North Carolina
Zip Code Excepted [*27407*]

**Exhibit 2; Page 1 of 2**

**Verification and Acknowledgement**

| | |
|---|---|
| **United States of America** | ) |
| **State of North Carolina** | )        **s. a.** |
| **County of Guilford** | ) |

Before Me, on this day **john joseph: whitfield**, known to me to be the natural person described herein, personally makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ** set forth in the *AKJV 1611 Bible* and the Maxims of Law and Equity that every statement given above is the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this _1ʸᵗʰ_ day of August, 2024.

KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
4/18/2026

_____
Notary Public

**Exhibit 2; Page 1 of 2**

# CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF BIRTH

# State of Delaware

## BOARD OF HEALTH

**BUREAU OF VITAL STATISTICS**

| LOCAL REG. NO. | 2033 | STATE FILE NO. | 107- | 67-003176 |
|---|---|---|---|---|

| 1. PLACE OF BIRTH | | 2. USUAL RESIDENCE OF MOTHER (WHERE MOTHER LIVES) | |
|---|---|---|---|

| COUNTY | New Castle | DELAWARE | STATE | Oklahoma | COUNTY | - - - |
|---|---|---|---|---|---|---|

| CITY, TOWN, OR LOCATION | Wilmington | CITY, TOWN, OR LOCATION | Lawton | ZIP CODE | 73501 |
|---|---|---|---|---|---|

| NAME OF HOSPITAL OR INSTITUTION (IF NEITHER, GIVE STREET ADDRESS) | IS PLACE IN CITY LIMITS | STREET ADDRESS | IS RESIDENCE IN CITY LIMITS |
|---|---|---|---|
| St. Francis Hospital | YES [X] NO [ ] | 712 North 31st Street | YES [ ] NO [ ] |

**CHILD**

| 3. NAME | FIRST | MIDDLE | LAST |
|---|---|---|---|
| | John | Joseph | Whitfield |

| 4. SEX | 5A. THIS BIRTH | B. IF TWIN OR TRIPLET, WAS CHILD BORN | 6. DATE OF BIRTH |
|---|---|---|---|
| Male | SINGLE [X] TWIN [ ] TRIPLET [ ] | 1ST [ ] 2ND [ ] 3RD [ ] | MO. March DAY 9, YEAR 1967 |

**FATHER**

| 7. NAME | FIRST | MIDDLE | LAST | 8. RACE |
|---|---|---|---|---|
| | Joseph | Leonard | Whitfield | Caucasian |

| 9. AGE (TIME OF THIS BIRTH) | 10. BIRTHPLACE (STATE OR FOREIGN COUNTRY) | 11. USUAL OCCUPATION |
|---|---|---|
| 31 YEARS | Duplin Cty., North Carolina | Chief Warrant Officer, U.S. Army |

**MOTHER**

| 12. MAIDEN NAME | FIRST | MIDDLE | LAST | 13. RACE |
|---|---|---|---|---|
| | Sarah | Ruth | Waters | Caucasian |

| 14. AGE (TIME OF THIS BIRTH) | 15. BIRTHPLACE (STATE OR FOREIGN COUNTRY) | 16. PREVIOUS DELIVERIES TO MOTHER (DO NOT INCLUDE THIS BIRTH) |
|---|---|---|
| 32 | Duplin Cty, North Carolina | HOW MANY OTHER CHILDREN ARE NOW LIVING? [- - -] HOW MANY OTHER CHILDREN WERE BORN ALIVE BUT ARE NOW DEAD? [- - -] HOW MANY FETAL DEATHS (FETUSES BORN DEAD AT ANY TIME AFTER CONCEPTION)? [- - -] |

| 17. SIGNATURE OF PARENT | - - - - - - - - - - - - - - |
|---|---|

| 18. MOTHER'S MAILING ADDRESS | STREET ADDRESS | CITY, TOWN, OR LOCATION | STATE | ZIP CODE |
|---|---|---|---|---|
| | 712 North 31st Street, Lawton, Oklahoma | | | 73501 |

| 19. SIGNATURE (ATTENDANT AT BIRTH) | ATTENDANT AT BIRTH |
|---|---|
| Richard C. Hayden | M.D. [X] D.O. [ ] MIDWIFE [ ] SPECIFY OTHER [ ] |

| LIVE BORN AT (TIME) | ADDRESS (ATTENDANT AT BIRTH) | DATE SIGNED |
|---|---|---|
| 4:13 P.M. | 2401 Pennsylvania Ave., Wilmington, Del. | March 10, 1967 |

| 20. DATE RECEIVED BY LOCAL REGISTRAR | 21. LOCAL REGISTRAR'S SIGNATURE |
|---|---|
| May 2, 1967 | Francis X. Shoemaker |

**FOR MEDICAL AND HEALTH USE ONLY (THIS SECTION MUST BE FILLED OUT)**

JUN 28 2022

L 1432805

This certified copy is a true and correct copy or part thereof of the original record filed with the Delaware Division of Public Health, Office of Vital Statistics. This is issued under the authority of 16 Del. C., § 3110.

Any alteration of this document is prohibited. Do not accept unless on security paper with the raised seal of the Office of Vital Statistics.

State Registrar

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

**Verified Unilateral Contract Under Seal, 2**
**Release With Consideration—*Nunc Pro Tunc Ab Initio***

TO:      STATE OF DELAWARE, Releasee/Obligor
          UNITED STATES OF AMERICA, Releasee/Obligor

IN RE:    Public U.S. Citizen "JOHN JOSEPH WHITFIELD", "JOHN J. WHITFIELD,"
          "WHITFIELD, JOHN," "John J. Whitfield," :

FROM:   **john joseph: whitfield** , *in personam,* and *in esse,* Releasor/Obligee

Resolved that *I*, **john joseph: whitfield**, *in esse*, and *in personam*, of the age of majority, competent and able to release, and now coming with express intent and purpose, being duly affirmed, hereby depose, certify and declare:

    a.  That *I*, **john joseph: whitfield**, expressly will and intend no longer to be Surety/Trustee/Lessee and/or Collateral Goods for the Registered Organization/**Public U.S. Citizen "JOHN JOSEPH WHITFIELD," "JOHN J. WHITFIELD," "WHITFIELD, JOHN," "John J. Whitfield,"** identified by SSN/EIN XXX-XX-**3221**, or any derivative of said commercial NAME and *nom de guerre* thereof; and,

    b.  That *I*, **john joseph: whitfield**, expressly will and intend to irrevocably terminate the guardian/ ward legal relation but reserve all personal property rights, legal and equitable by nature or by characteristic, granted or secured by The Constitution of the United States of America, The Constitution of the State of DELAWARE, the historic fundamental rights of American Equity Jurisprudence under the principles and Maxims of Equity and trust law where *I* am without any adequate remedy at Law and "in all matters in which there is any conflict or variance between the rules of equity and the rules of common law with reference to the same matter, the rules of Equity shall prevail" (English Judicature Act of 1873); and,

    c.  That *I*, **john joseph: whitfield**, presently a surety/trustee "U.S. citizen" and therefore a statutory resident of the State of DELAWARE, expressly will and intend, upon the filing of this Release, to return to my former **natural born Citizen** status conferred at my **natural birth** on March 09, 1967, that status being a **private individual** National Citizen of the United States of America conferred by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America and further defined in *Hale v. Henkel*, 201 US 43, 74 (1906) and *Selective Draft Law Cases*, 245 U.S. 366, 389 (1918); and,

    d.  KNOW ALL MEN BY THESE PRESENTS, That *I*, **john joseph: whitfield**, in consideration of One lawful dollar, do absolutely and irrevocably release and disclaim *Nunc Pro Tunc Ab Initio* all interests of suretyship/trusteeship in, and lessee relation to, the **Public U.S. Citizen** "JOHN JOSEPH WHITFIELD" created by the STATE OF DELAWARE and acknowledged and protected by the UNITED STATES OF AMERICA (severally and jointly hereinafter referred to as RELEASEES) on May 2, 1967, upon the public filing of a "CERTIFICATE OF LIVE BIRTH" (**Annex A**) and, upon a signed and

federally-accepted SS-5 application, granted a federal privilege to be in interstate and foreign commerce identified with the Social Security No: XXX-XX-**3221**; and,

e. That *I*, **john joseph: whitfield**, absolutely release and disclaim said property interests so as to limit the RELEASEES in whose favor said property interests would otherwise be exercisable, hereby discharging said RELEASEES of all duties and obligations relating to said interests effective immediately; and,

f. That *I*, **john joseph: whitfield**, upon returning to my former status defined above, intend to be identified as an **Heir** and beneficial member of the **Posterity** for whom The Constitution of the United States of America was ordained and established as intended and declared in its Preamble by its sovereign creator, **"We the People of the United States of America,"** and therefore no longer in a guardian/ward legal relationship with the military governments of the United States and the State of my constitutional, private residence; and,

g. That *I*, **john joseph: whitfield**, reserve all real and personal property rights, legal and equitable by nature, granted or secured by The Constitution of the United States of America, The Constitution of the State of DELAWARE, and the historic American Common Law and Equity Jurisprudence and intend to be legally bound by this Release executed and delivered in accordance with the spirit and intent of the Maxims of the Law of Contract, the Maxims of Equity and any relevant state statutes; and,

h. That *I*, **john joseph: whitfield**, shall hold the status of a Pre-March 9, 1933, Private Citizen of the United States/Private American National/Non-"U.S. citizen" protected by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America and Article twenty-three of the treaty of the Hague Convention; and,

i. That *I*, **john joseph: whitfield**, in returning to my former status defined above upon the filing of this Release with a third party public office and no longer deemed a "rebel, belligerent or enemy" of the UNITED STATES OF AMERICA during its state of "temporary" national emergency and war, expressly intend to claim a purely beneficial interest by nature to my private Estate of "JOHN JOSEPH WHITFIELD" including all property, including "money," of my **trust account**, termed **"Special Trust Accounts"** by President Franklin D. Roosevelt in his Proclamation 2039 of March 6, 1933, also termed **"Individual Master File Trust Accounts"** by the Department of the Treasury's Analysis and Control Division of the Internal Revenue Service, these accounts having been first established by Congress with the consent of President Woodrow Wilson on October 6, 1917. Said trust account was established to hold property of an **"enemy"** of the United States, the elements of which trust are articulated in **the Act,** named the "Trading With the Enemy Act." But said **Act** was subsequently amended by the "Emergency Banking Relief Act" on March 9, 1933, then to apply to all artificial persons and quasi-artificial individual persons, including "any person within the United States" . . . "subject to the jurisdiction thereof" as stated in said "Emergency Banking Relief Act." Said "person" is an enemy / artificial person; said "jurisdiction" is an emergency war powers military jurisdiction. No longer a "rebel, belligerent or enemy" of the military government ruling the Republic of the United States of America, my **Special Trust Account** administered under the name of "JOHN JOSEPH WHITFIELD" with attached identification no. XXXXX**3221** is presently

**Exhibit 3; Page 2 of 4**

under the care of the President as Commander in chief, with the trustee powers of the former Alien Property Custodian presently vested in and exercised by the Secretary of the Treasury.

**Maxim: *"Equity regards as done that which ought to have been done."***

The public filing of this Release renders null and void any previous Release filed with any state-created public office serving as a third party custodian record keeper.

IN WITNESS whereof I have hereunto set my Hand and Seal, this _____6th_____ Day of

August, in the year of our Lord Two Thousand Twenty Four.

  

john joseph: **whitfield**, Releasor
c/o 4214 W Wendover Ave, #1070
Greensboro, North Carolina  [*27407*]

**Exhibit 3; Page 3 of 4**

## Verification and Acknowledgement

**United States of America**           )
**State of North Carolina**             )    **s. a.**
**County of Guilford**                 )

Before Me, on this day **john joseph: whitfield**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AKJV 1611 Bible* and in accordance with the Maxims of Law and Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this _6th_ day of August, 2024.


KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
4/18/2026

Notary Public

# CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF BIRTH

# State of Delaware

### BOARD OF HEALTH

**BUREAU OF VITAL STATISTICS**

| LOCAL REG. NO. | 2033 | STATE FILE NO. | **107-** 67-003176 |
|---|---|---|---|

| 1. PLACE OF BIRTH | | 2. USUAL RESIDENCE OF MOTHER (WHERE MOTHER LIVES) | |
|---|---|---|---|
| COUNTY New Castle | STATE DELAWARE | STATE Oklahoma | COUNTY --- |
| CITY, TOWN, OR LOCATION Wilmington | | CITY, TOWN, OR LOCATION Lawton | ZIP CODE 73501 |
| NAME OF HOSPITAL OR INSTITUTION (IF NEITHER, GIVE STREET ADDRESS) St. Francis Hospital | IS PLACE IN CITY LIMITS YES [X] NO [ ] | STREET ADDRESS 712 North 31st Street | IS RESIDENCE IN CITY LIMITS YES [ ] NO [ ] |

**CHILD**

| 3. NAME | FIRST John | MIDDLE Joseph | LAST Whitfield |
|---|---|---|---|

| 4. SEX Male | 5A. THIS BIRTH SINGLE [X] TWIN [ ] TRIPLET [ ] | B. IF TWIN OR TRIPLET, WAS CHILD BORN 1st [ ] 2nd [ ] 3rd [ ] | 6. DATE OF BIRTH MO. March DAY 9, YEAR 1967 |
|---|---|---|---|

**FATHER**

| 7. NAME | FIRST Joseph | MIDDLE Leonard | LAST Whitfield | 8. RACE Caucasian |
|---|---|---|---|---|
| 9. AGE (TIME OF THIS BIRTH) 31 YEARS | 10. BIRTHPLACE (STATE OR FOREIGN COUNTRY) Duplin Cty., North Carolina | | 11. USUAL OCCUPATION Chief Warrant Officer, U.S. Army | |

**MOTHER**

| 12. MAIDEN NAME | FIRST Sarah | MIDDLE Ruth | LAST Waters | 13. RACE Caucasian |
|---|---|---|---|---|

| 14. AGE (TIME OF THIS BIRTH) 32 | 15. BIRTHPLACE (STATE OR FOREIGN COUNTRY) Duplin Cty, North Carolina | 16. PREVIOUS DELIVERIES TO MOTHER (DO NOT INCLUDE THIS BIRTH) HOW MANY OTHER CHILDREN ARE NOW LIVING --- | HOW MANY OTHER CHILDREN WERE BORN ALIVE BUT ARE NOW DEAD? --- | HOW MANY FETAL DEATHS (FETUSES BORN DEAD AT ANY TIME AFTER CONCEPTION)? --- |
|---|---|---|---|---|

| 17. SIGNATURE OF PARENT | |
|---|---|

| 18. MOTHER'S MAILING ADDRESS | STREET ADDRESS 712 North 31st Street, | CITY, TOWN, OR LOCATION Lawton, | STATE Oklahoma | ZIP CODE 73501 |
|---|---|---|---|---|

| 19. SIGNATURE (ATTENDANT AT BIRTH) Richard C. Hayden | ATTENDANT AT BIRTH M.D. [X] D.O. [ ] MIDWIFE [ ] SPECIFY OTHER | |
|---|---|---|
| LIVE BORN AT (TIME) 4:13 P.M. | ADDRESS (ATTENDANT AT BIRTH) 2401 Pennsylvania Ave., Wilmington, Del. | DATE SIGNED March 10, 1967 |

| 20. DATE RECEIVED BY LOCAL REGISTRAR May 2, 1967 | 21. LOCAL REGISTRAR'S SIGNATURE Francis X. Shoemaker |
|---|---|

**FOR MEDICAL AND HEALTH USE ONLY (THIS SECTION MUST BE FILLED OUT)**

*(left margin, vertical text)* NTS MUST BE GIVEN. IN CASE OF TWINS OR TRIPLETS, USE ... ATING IN SECTION 5 THE ORDER OF BIRTH OF EACH CHILD.

JUN 28 2022



L 1432805



This certified copy is a true and correct copy or part thereof of the original record filed with the Delaware Division of Public Health, Office of Vital Statistics. This is issued under the authority of 16 *Del. C.*, § 3110.

Any alteration of this document is prohibited. Do not accept unless on security paper with the raised seal of the Office of Vital Statistics.

State Registrar



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

## Affidavit 4
## Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*

Accordingly, I, **john joseph: whitfield**, *in esse* and *sui juris*, being duly sworn, depose and declare that:

I, **john joseph: whitfield**, Affiant, hereby rescind and revoke ***Nunc Pro Tunc Ab Initio*** every signature of suretyship, **public and private**, ever provided by Affiant on behalf of Delaware quasi-corporate sole/artificial person/statutory Public U.S. citizen "JOHN JOSEPH WHITFIELD," created on May 2, 1967; and,

This **Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*** extends to every **public** government contract be it federal, state, county and / or city. This rescission and revocation of **public** signatures of suretyship includes, but is not limited to, the initial Form SS-5 application for a social security number / taxpayer identification number (**Annex A**); every individual and/or corporate tax return ever filed, be it federal, state, county and/or city; every application for a marriage license as well as every marriage license; every court document ever signed in any legal action, civil and/or criminal; the initial application for selective service in the Armed Forces of the United States; every application for an individual driver's license, federal and/or state, as well as every driver's license, federal and/or state; every application for a United States passport as well as every issued United States passport; every application for voter registration as well as every voter registration card; and every other **public** government contract, known and unknown, evidencing a **signature of suretyship**, every signature now being a **signature of agency without recourse/ without prejudice by the Sole Beneficiary *Nunc Pro Tunc Ab Initio***; and,

This **Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*** extends to every **private** business contract. This rescission and revocation of **private** signatures of suretyship includes, but is not limited to, every application for a bank account, individual and business; every application for any form of insurance, including life insurance, motor vehicle insurance, business insurance, and home insurance; and every other application involved in any **private** business endeavor and/or **private** investment evidencing a **signature of suretyship**, every signature now being a **signature of agency without recourse/without prejudice by the Sole Beneficiary *Nunc Pro Tunc Ab Initio***; and,

This **Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*** is retroactive to the date of May 2, 1967, the date of the public filing and registration of Affiant's Certificate of Live Birth in the County of New Castle, State of Delaware.

*Maxim: "Equity regards as done that which ought to have been done."*

**Exhibit 4; Page 1 of 2**

Further Affiant Sayeth Not.




john joseph: whitfield, American Freeman / State National
Pre-March 9  1933, Private Citizen of the United States
        Private American National/Non-"U.S. citizen"
Private Citizen of the State of North Carolina
Special and Private Resident of the County of Guilford
Agent of Record without recourse/without prejudice for
        "JOHN JOSEPH WHITFIELD,"
Sole Beneficiary of the Estate and Name of
        "JOHN JOSEPH WHITFIELD,"
All Rights Reserved Without Prejudice

---

### Verification and Acknowledgement

| | | |
|---|---|---|
| **United States of America** | ) | |
| State of North Carolina | ) | **s. a.** |
| **County of Guilford** | ) | |

Before Me, on this day **john joseph: whitfield**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the _AV1611 Bible_ and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this ___6th___ day of August, 2024.



Notary Public

KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
4/18/2026

**Exhibit 4; Page 2 of 2**

## Affidavit 5
## Disclaimer of Implied Trusteeship and/or Quasi-Trusteeship
## For Legal Fiction "JOHN JOSEPH WHITFIELD," *Nunc Pro Tunc Ab Initio*

Accordingly, I, **john joseph: whitfield**, *in esse* and *sui juris*, being duly sworn, depose and declare that:

I, **john joseph: whitfield**, with intent and purpose being a Private American Citizen of the United States, hereby disclaim and refuse *Nunc Pro Tunc Ab Initio* any implied trusteeship and / or implied quasi-trusteeship, **public and private**, ever knowingly or unknowingly provided by Affiant on behalf of Delaware quasi-corporate sole / artificial person / statutory Public U.S. citizen "JOHN JOSEPH WHITFIELD," including any variation of said *nom de guerre*/name of war, created on May 2, 1967; and,

This **Disclaimer of Implied Trusteeship and or Quasi-Trusteeship—*Nunc Pro Tunc Ab Initio*** extends to every **public** government trust relation be it federal, state, county and / or city. This disclaimer and refusal of **public** trusteeship and / or quasi-trusteeship includes, but is not limited to, being the trustee / defendant in any legal action, criminal or civil; the initial application for a social security number/taxpayer identification number; every individual and/or corporate tax return ever filed, be it federal, state, county and / or city; every application for a marriage license as well as every marriage license; every court document ever signed in any legal action, civil and / or criminal; the initial application for selective service in the Armed Forces of the United States; every application for an individual driver's license, federal and/or state, as well as every driver's license, federal and/or state; every application for a United States passport as well as every issued United States passport; every application for voter registration as well as every voter registration card; and every other **public** government trust relation, known and unknown, evidencing an implied trusteeship and / or quasi-trusteeship on behalf of Trustee, the Delaware quasi-corporate sole / Public U.S. citizen "JOHN JOSEPH WHITFIELD"; and,

This **Disclaimer of Implied Trusteeship and or Quasi-Trusteeship—*Nunc Pro Tunc Ab Initio*** extends to every **private** trust relation. This disclaimer and refusal of **private** trusteeship includes, but is not limited to, every application for a bank account, individual and business; every application for any form of insurance, including life insurance, motor vehicle insurance, business insurance, and home insurance; and every other application involved in any **private** business endeavor and / or **private** investment evidencing an implied trusteeship and / or quasi trusteeship on behalf of Trustee, the Delaware quasi-corporate sole / Public U.S. citizen "JOHN JOSEPH WHITFIELD"; and, This **Disclaimer**

**Exhibit 5   Disclaimer of Implied Trusteeship;**                    Page 1 of 3

of **Implied Trusteeship and or Quasi-Trusteeship**—*Nunc Pro Tunc Ab Initio*—concerning Delaware quasi-corporate sole "JOHN JOSEPH WHITFIELD," is retroactive to the date of May 2, 1967, the date of the public filing and registration of affiant's Certificate of Live Birth in the State of Delaware, County of New Castle.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

  

*john joseph*

**john joseph: whitfield**, American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
       Private American National / Non-"U.S. citizen"
Private Citizen of the State of North Carolina
Special and Private Resident of the County of Guilford
Agent of Record without recourse / without prejudice for
      "JOHN JOSEPH WHITFIELD"
Sole Beneficiary of the Estate and Name of
      "JOHN JOSEPH WHITFIELD"
All Rights Reserved Without Prejudice

**Exhibit 5   Disclaimer of Implied Trusteeship;**                                        **Page 2 of 3**

**Verification and Acknowledgement**

| | |
|---|---|
| **United States of America** | ) |
| **State of North Carolina** | )   s. a. |
| **County of Guilford** | ) |

Before Me, on this day **john joseph: whitfield**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the _AV1611 English Reformation Bible_ and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this 6ᵗʰ day of August ,
20 24 .
(seal)

KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
4/18/2026

Notary Public

Exhibit 5   Disclaimer of Implied Trusteeship;                                      Page 3 of 3

### Affidavit 6
### Resignation of Registered Agent, the Man, john joseph: whitfield,
### On Behalf of Legal Fiction "JOHN JOSEPH WHITFIELD—"*Nunc Pro Tunc Ab Initio*

Accordingly, I, **john joseph: whitfield**, *in esse* and *sui juris*, solemnly depose and declare that:

I, **john joseph: whitfield**, hereby resign from being the statutory Registered Agent for quasi-corporate sole, artificial person, DELAWARE Registered Organization "JOHN JOSEPH WHITFIELD," State File Number 107-67-003176. Therefore, having resigned as Registered Agent, I am no longer authorized to receive service of process or perform any other legal act as Registered Agent for, or on behalf of, "JOHN JOSEPH WHITFIELD"; and,

I, **john joseph: whitfield**, hereby resign *Nunc Pro Tunc Ab Initio* from being the Registered Agent for quasi-corporate sole, artificial person, DELAWARE Registered Organization "JOHN JOSEPH WHITFIELD" from the day it was created on May 2, 1967, the day my "Certificate of Live Birth" was filed the Office of Clerk-Recorder, in the County of New Castle, City of Dover, State of DELAWARE; and,

I, **john joseph: whitfield**, therefore shall neither commit by verbal obligation nor sign any documents, public or private, indicating that I am the Registered Agent for "JOHN JOSEPH WHITFIELD." Further, **I DO NOT CONSENT, I DO NOT CONSENT, I DO NOT CONSENT** to being, or functioning, or performing any actions as the Registered Agent or quasi-Registered Agent for California Registered Organization "JOHN JOSEPH WHITFIELD."

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

**Exhibit 6 Resignation of Registered Agent; Page 1 of 3**

Further Affiant Sayeth Not.

  

**john joseph: whitfield**   , American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
        Private American National / Non-"U.S. citizen"
Private Citizen of the State of North Carolina
Special and Private Resident of the County of Guilford
Agent of Record without recourse / without prejudice for
        "JOHN JOSEPH WHITFIELD"
Sole Beneficiary of the Estate and Name of
        "JOHN JOSEPH WHITFIELD"
All Rights Reserved Without Prejudice

**Exhibit 6 Resignation of Registered Agent;  Page 2 of 3**

## Verification and Acknowledgement

**United States of America**                    )
**State of North Carolina**                     )          **s. a.**
**County of Guilford**                          )


Before Me, on this day   **john joseph: whitfield**   , known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this ____6ᵗʰ____ day of  August 2024,


KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
4/18/2026

_____
Notary Public

**Exhibit 6 Resignation of Registered Agent;  Page 3 of 3**

## Affidavit 7
## Name Correction; Restoration of Given Christian Name
## As Opposed to a Statutory Legal Name Change

**WITH THIS RESTORATION OF GIVEN CHRISTIAN NAME DEED POLL**, the undersigned, **john joseph**: family of **whitfield**, naturally born in Dover, Delaware, on March 9, 1967, a living Man and Pre-March 9, 1933, Private Citizen of the United States/Private American National/Non-"U.S. citizen," protected by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America and the Hague Convention, privately residing on the land at common law and equity, within a non-militarily-occupied private estate, at 4214 W Wendover Ave, #1070, Greensboro, North Carolina; I, **john joseph: whitfield**, having been lately known on all federal and state government documents as "**JOHN JOSEPH WHITFIELD**" due to my former, statutorily-created "U.S. citizenship" status, having ignorantly yet voluntarily served at all times as surety/trustee for said quasi-artificial person "**JOHN JOSEPH WHITFIELD**:"

**IT IS WITNESSED AND HEREBY DECLARED** as follows:

1. I absolutely, fully and entirely renounce, disclaim, release, relinquish and abandon the use of my former, state-created name of **JOHN JOSEPH WHITFIELD** and, with purpose and intent, take and resume the use of my given Christian Name conferred on the day of my nativity and natural birth, **john joseph: whitfield**, in substitution for my former assumed name of **JOHN JOSEPH WHITFIELD**, hereby transferring any and all equitable right, title and interest in all property to my given name of **john joseph: whitfield**; and,

2. I hereby undertake and promise that I shall at all times hereafter in all records, paperwork, deeds, documents and other writings, and in all actions and proceedings, as well as in all dealings (formal or otherwise) and in all transactions, public and/or private, and on all occasions whatsoever, use and subscribe my inherited, true Christian Name of **john joseph: whitfield** in substitution for my formerly assumed Roman name of **JOHN JOSEPH WHITFIELD**, this **Name Correction** hereby set forth with the intent that I may hereafter be known before **Almighty Jehovah God** and to His blessed Son, the risen **Lord Jesus Christ**, and to all men by the name of **john joseph: whitfield**, to the absolute exclusion of all other names whatsoever; and,

3. I authorize and require all Custodians of Records, federal, state and county, at all times to designate, describe and address my personal identity described above by my resumed Christian Name of **john joseph: whitfield**. I am no longer presumed

to be dead, or presumed to be merely dead, or presumed to be lost at sea, but have returned to the land of the living with all right, title and interest in the administration of my private Estate, including the use of my given Christian Name,  **john joseph: whitfield**.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

  

_____

**john joseph: whitfield**, American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
        Private American National / Non-"U.S. citizen"
Private Citizen of the State of North Carolina
Special and Private Resident of the County of Guilford
Agent of Record without recourse / without prejudice for
        "JOHN JOSEPH WHITFIELD"
Sole Beneficiary of the Estate and Name of
        "JOHN JOSEPH WHITFIELD"
All Rights Reserved Without Prejudice

**Exhibit 7;    Page 2 of 3**

**Verification and Acknowledgement**

| | | |
|---|---|---|
| **United States of America** | ) | |
| **State of North Carolina** | ) | **s. a.** |
| **County of Guilford** | ) | |

Before Me, on this day **john joseph: whitfield**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the _AV1611 English Reformation Bible_ and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this ____ day of August, 2024.

KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
4/18/2026

_____
Notary Public

**Exhibit 7;   Page 3 of 3**

## Affidavit 8
## Declaration of Pre-March 9, 1933, Private Citizen of the United States
## Private American National / Non-"U.S. citizen"
## Renunciation of Allegiance to Military Governments, National and State
## Private Citizen of Heaven

COMES NOW Affiant, **john joseph: whitfield,** *in esse* and *sui juris*, over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that Affiant is a **Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen" / Private Citizen of the Union Nation/State of residence at Common Law and Equity** protected by Section One of the Fourteenth Amendment to the Constitution of the United States of America and therefore Affiant's allegiance is to the Constitutional, **civilian government** of the United States and to the **civilian government** of the State wherein he privately resides on the land at American **Common Law** and in American **Exclusive Equity**; and,

Further, Affiant is not a Post-March 9, 1933, statutory "U.S. citizen," nor fiduciary, nor trustee, nor surety for a "U.S. citizen" defined by the federal courts as a **"citizen of the Federal Government"** (*Kitchens v. Steele*, 112 F. Supp. 383 (1953); *Jones v. Temmer*, 829 F. Supp. 1226 (USDC/DCO, 1993)), as well as, a territorial **"citizen of Washington, District of Columbia"** by operation of law due to the fifty States being deemed "conquered territories" under the Hague Convention treaty since President Franklin D. Roosevelt's Proclamation 2040 of March 9, 1933. Hence, Affiant is not a **"U.S. citizen"** of the *de facto* emergency war powers military government ruling the *de facto* American Empire and hereby **renounces all political allegiance** thereto, including **allegiance** to the military government of the State wherein he privately resides at said **Common Law** and **Equity**; and,

Rather, Affiant is a private, *de jure,* **"American Citizen"** and **"American National,"** both terms being synonymous, of the *de jure* National Republic of the United States of America established by the Constitution for the United States of America in the Year of Our Lord Seventeen Hundred eighty-nine (A.D. 1789), as amended by Section One of the Fourteenth Amendment to said Constitution on July 28, 1868, thereby "broadening and enlarging" the original **"federal"** government into a **"national"** government; and,

Finally, upon belief of the glorious gospel of the **Risen Lord Jesus Christ (*I Corinthians 15:1-4*),** Affiant is a private, *de jure*, citizen of heaven with an eternal, inherited estate therein (***I Peter 1:4***), said citizenship declared to be so in ***Philippians 3:20*** of the Holy Scriptures (specifically the *King James English Authorized Version of 1611* in its present edition of 1769), said Holy Bible referenced in Public Law 97-280; 96 Stat. 1211, said

Exhibit 8 Private Citizen Declaration; Page 1 of 3

statute authorizing President Ronald Reagan's subsequent **Proclamation 5018** declaring 1983 to be "the National Year of the Bible" whereby the Reformation Bible can be introduced as evidence in any legal or equitable proceeding.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

  

*john joseph*
_____

john joseph: whitfield, American Freeman/State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National/Non-"U.S. citizen"
Private Citizen of the State of North Carolina
Special and Private Resident of the County of Guilford
Agent of Record without recourse/without prejudice for
" JOHN JOSEPH WHITFIELD"
Sole Beneficiary of the Estate and Name of
" JOHN JOSEPH WHITFIELD"
All Rights Reserved Without Prejudice

**Exhibit 8 Private Citizen Declaration; Page 2 of 3**

**Verification and Acknowledgement**

| | | |
|---|---|---|
| **United States of America** | ) | |
| **State of North Carolina** | ) | **s. a.** |
| **County of Guilford** | ) | |

Before Me, on this day  **john joseph: whitfield**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this ____ day of August, 2024.

KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
4/18/2026

_____
Notary Public

**Exhibit 8 Private Citizen Declaration; Page 3 of 3**

### Affidavit 9
### Pre-March 9, 1933, Private Citizen of the United States
### Private American National / Non-"U.S. citizen"  john joseph: whitfield
### Protected as a "Private citizen" by Article 23 of the Lieber Code
### Protected as a "Freeman" by Article 43 of the Lieber Code

COMES NOW Affiant, **john joseph: whitfield**, a man *in esse, sui juris* and *in propria persona,* over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that:

Affiant is a Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen," and therefore is neither an "alien," "enemy," "belligerent," or "outlaw," during this time of national banking emergency / state of war imposed by President / Commander in chief Franklin D. Roosevelt via Proclamation 2040 issued on March 9, 1933, "approved and confirmed" earlier that day by Congress in its alleged passing of the "Emergency Banking Relief Act" (12 USC 95a-b); and,

Affiant is a **"Private citizen,"** no longer a "belligerent" and therefore has the protection of the United States military led by its Commander in chief according to **Article 23** of The Lieber Code (issued by President Lincoln to his commanding generals of the pro-socialist-communist, Union Army in 1863, "General Orders 100") in full force and effect over the entire United States since March 9, 1933, stating:

> **"Private citizens** are no longer murdered, enslaved, or carried off to distant parts, and the inoffensive individual is as little disturbed in his private relations as the commander of the hostile troops can afford to grant in the overruling demands of a vigorous war."

Affiant, now a **"freeman,"** hereby invokes the protection of **Article 43** of The Lieber Code having served as a foundation for The Hague Convention Treaty of 1907:

> "Therefore, in a war between the United States and a belligerent which, admits of slavery, if a person held in bondage by that belligerent be captured by or come as a fugitive under the protection of the military forces of the United States, such person is immediately entitled to the **rights and privileges of a freeman.**  To return such person into slavery would amount to enslaving a free person, and neither the United States nor any officer under their authority can enslave any human being.  Moreover, a person so made free by the law of war is under the shield of the law of nations, and the former owner or State can have, by the law of postliminy [*restoration of pre-war civil status—EJP*] no belligerent lien or claim of service."

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

  

*john joseph: whitfield*, American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
        Private American National / Non-"U.S. citizen"
Private Citizen of the State of North Carolina
Special and Private Resident of the County of Guilford
Agent of Record without recourse/without prejudice for
        "JOHN JOSEPH WHITFIELD"
Sole Beneficiary of the Estate and Name of
        "JOHN JOSEPH WHITFIELD"
All Rights Reserved Without Prejudice

**Exhibit 9; 2 of 3**

## Verification and Acknowledgement

| | | |
|---|---|---|
| **United States of America** | ) | |
| **State of North Carolina** | ) | **s. a.** |
| **County of Guilford** | ) | |

Before Me, on this day **john joseph: whitfield**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the _AV1611 English Reformation Bible_ and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this ___6th___ day of August, 2024.

KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
4/18/2026

_____
Notary Public

**Exhibit 9; 3 of 3**

**<u>Affidavit 10: Affidavit of   john joseph: whitfield</u>**
**<u>Pre-March 9, 1933, Private Citizen of the United States</u>**
**<u>Private American National / Non-"U.S. citizen"</u>**
**<u>Private Non-Belligerent Civilian During this State of War</u>**
**<u>Protected by Article 23 of the Hague Convention</u>**

COMES NOW Affiant,   **john joseph: whitfield** , *in esse* and *sui juris*, over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that Affiant is a non-statutory, **Pre-March 9, 1933, Private Citizen of the United States/Private American National/Non-"U.S. citizen"** whose right to *a de jure* civilian due process of law of the land (to the exclusion of an emergency war powers military due process of law following the course of *de facto* English/American Admiralty), protected and secured by the Fifth and Fourteenth Amendments to the Constitution of the United States of America from National or State infringement, is also protected and secured by Article twenty-three (23) of <u>The Hague Convention Treaty</u> which states:

**<u>ARTICLE 23</u>**

"In addition to the prohibitions provided by Special Conventions, **it is especially forbidden**:

  (a) To employ poison or poisoned weapons;
  (b) To kill or wound treacherously individuals belonging to the hostile nation or army;
  (c) To kill or wound an enemy who, having laid down his arms, or having no longer means of defence, has surrendered at discretion;
  (d) To declare that no quarter will be given;
  (e) To employ arms, projectiles, or material calculated to cause unnecessary suffering;
  (f) To make improper use of a flag of truce, of the national flag, or of the military insignia and uniform of the enemy, as well as the distinctive badges of the Geneva Convention;
  (g) To destroy or seize the enemy's property, unless such destruction or seizure be imperatively demanded by the necessities of war;
  (h) **<u>To declare abolished, suspended, or inadmissible in a Court of law the rights and actions of the nationals of the hostile party</u>**.

"A belligerent is likewise forbidden to compel the nationals of the hostile party to take part in the operations of war directed against their own country, even if they were in the belligerent's service before the commencement of the war."

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

  

john joseph whitfield , American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
      Private American National/Non-"U.S. citizen"
Private Citizen of the State of North Carolina
Special and Private Resident of the County of Guilford
Agent of Record without recourse/without prejudice for
      "JOHN JOSEPH WHITFIELD"
Sole Beneficiary of the Estate and Name of
      "JOHN JOSEPH WHITFIELD"
All Rights Reserved Without Prejudice

**Verification and Acknowledgement**

| | |
|---|---|
| **United States of America** | ) |
| **State of North Carolina** | )   s. a. |
| **County of Guilford** | ) |

Before Me, on this day **john joseph: whitfield**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the _AV1611 English Reformation Bible_ and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this ___10th___ day of August, 2024.

KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
8/18/2024

Notary Public

**Exhibit 10; Page 3 of 3**

# Verified Unilateral Contract Under Seal, 3
## Acknowledgement and Acceptance of Constitutional Oaths
### To Support the Constitution of the United States of America Concerning "john joseph: whitfield" and/or "JOHN JOSEPH WHITFIELD"—Nunc Pro Tunc Ab Initio

COMES NOW Affiant, **john joseph: whitfield**, a man in esse, sui juris and in propria persona, over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that:

I, **john joseph: whitfield**, with intent and purpose, being a Pre-March 9, 1933, Private American National Citizen of the United States protected by Section One of the Fourteenth Amendment to the Constitution for the United States of America, in consideration of one lawful dollar, hereby **Acknowledge and Accept the Constitutional Oaths** of all legislative, executive and judicial officers, federal and state, to support and defend the Constitution for the United States of America. Said **Acknowledgment and Acceptance** extends to Affiant, **john joseph: whitfield**—mistakenly presumed to be legal fiction "JOHN JOSEPH WHITFIELD" or any other derivation of the NAME of said legal fiction.

Further, I, **john joseph: whitfield**, with intent and purpose, being the Beneficiary and Agent of Record without prejudice, without recourse, of my Principal, "JOHN JOSEPH WHITFIELD," in consideration for one lawful dollar, hereby **Acknowledge and Accept the Constitutional Oaths** of all legislative, executive and judicial officers, federal and state, on behalf of my Principal, California Registered Organization/former quasi-Corporate Sole by operation of law, now Private Business Trust "**JOHN JOSEPH WHITFIELD**"—**Nunc Pro Tunc Ab Initio**. This Acknowledgement and Acceptance of Constitutional Oaths is retroactive to the date of May 2, 1967, the date of the public filing and registration of Affiant's Certificate of Live Birth thereby creating said Registered Organization/former quasi-Corporate Sole by operation of law in the County of New Castle, State of DELAWARE.

Further, all legislative, executive and judicial officers are hereby bound by their constitutional Oaths to support and defend the Constitution of the United States of America which includes giving Affiant, **john joseph: whitfield**, and his Principal, "JOHN JOSEPH WHITFIELD," a constitutional, **Civilian Due Process of Law** in civil and criminal matters on both a federal and state level. Refusal or failure to do so would be a violation of Affiant's and/or his Principal's **Civilian Due Process Rights** secured from federal infringement by the Fifth Amendment to the Constitution, from state infringement

by Section One of the Fourteenth Amendment to the Constitution of the United States of America and Article 23 of the Hague Convention.

**Maxim: "Equity regards as done that which ought to have been done."**

Further Affiant Sayeth Not.

  

**john joseph: whitfield,** American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National/Non-"U.S. citizen"
Private Citizen of the State of North Carolina
Special and Private Resident of the County of Guilford
Agent of Record without recourse/without prejudice for
"JOHN JOSEPH WHITFIELD"
Sole Beneficiary of the Estate and Name of
"JOHN JOSEPH WHITFIELD"
All Rights Reserved Without Prejudice

**Verification and Acknowledgement**

| | | |
|---|---|---|
| **United States of America** | ) | |
| **State of North Carolina** | ) | s. a. |
| **County of Guilford** | ) | |

Before Me, on this day **john joseph: whitfield**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AKJV 1611 Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this _6ᵗʰ_ day of August, 2024.

KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
_4/18/2026_

Notary Public

**Exhibit 11;**    Page 3 of 3

<u>**Verified Unilateral Contract Under Seal, 4**</u>
<u>**Release and Discharge of Obligations**</u>
<u>**To Impose Emergency War Powers Military Due Process of Law on**</u>
<u>**"john joseph: whitfield " and/or "JOHN JOSEPH WHITFIELD"—*Nunc Pro Tunc***</u>
<u>***Ab Initio***</u>

Accordingly, I, **john joseph: whitfield** , *in esse* and *sui juris*, being duly sworn, depose and declare that:

I, john joseph: whitfield , with intent and purpose, being a Pre-March 9, 1933, Private American National Citizen of the United States protected by Section One of the Fourteenth Amendment to the Constitution for the United States of America, in consideration for one lawful dollar, hereby **Release and Discharge** all legislative, executive and judicial officers, federal and state, of their statutory, emergency war powers **Obligations** to impose upon Affiant, **john joseph: whitfield** —mistakenly presumed to be legal fiction "JOHN JOSEPH WHITFIELD" or any other derivation the NAME of said legal fiction—an emergency war powers military due process of law, civil and / or criminal, public and / or private, judicial and / or administrative; and,

Further, I, **john joseph: whitfield** , with intent and purpose, being the Beneficiary and Agent of Record without prejudice, without recourse, of "JOHN JOSEPH WHITFIELD," in consideration for one lawful dollar, hereby **Release and Discharge**—***Nunc Pro Tunc Ab Initio***—all legislative, executive and judicial officers of the United States and all legislative, executive and judicial officers of the several States of their statutory emergency war powers **Obligations** to impose upon the Indiana Registered Organization/former quasi-Corporate Sole, now Private Business Trust "JOHN JOSEPH WHITFIELD," a military due process of law, civil and/or criminal, public and/or private, judicial and/or administrative.

This **Release and Discharge of Obligations to Impose Military Due Process of Law on "JOHN JOSEPH WHITFIELD"—*Nunc Pro Tunc Ab Initio***—is retroactive to the date of May 2, 1967, the date of the public filing and registration of Affiant's Certificate of Live Birth thereby creating by operation of law said Registered Organization/Corporate Sole in the State of Indiana, County of Guilford.

This **Release and Discharge of Obligations to Impose Military Due Process of Law** includes the military jurisdiction imposed after April 25, 1938, on all the courts, federal and state, said military jurisdiction conferred by Congress through Section 17 of the

"Trading With the Enemy Act" of October 6, 1917 (50 USC App. 5(b), as the Act was amended by the "Emergency Banking Relief Act" of March 9, 1933 (12 USC 95a).

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

  

john joseph: whitfield , American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
        Private American National/Non-"U.S. citizen"
Private Citizen of the State of North Carolina
Special and Private Resident of the County of Guilford
Agent of Record without recourse/without prejudice for
        "JOHN JOSEPH WHITFIELD"
Sole Beneficiary of the Estate and Name of
        "JOHN JOSEPH WHITFIELD"
All Rights Reserved Without Prejudice

**Exhibit 12; Page 2 of 3**

**Verification and Acknowledgement**

| | |
|---|---|
| **United States of America** | ) |
| **State of North Carolina** | )    s. a. |
| **County of Guilford** | ) |

Before Me, on this day **valerie jean: sullivan**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this _____ day of August, 2024.

KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
4/8/2026

_____
Notary Public

## Affidavit 11 of  john joseph: whitfield, 11
### Court Lacks *In Personam* Jurisdiction over the Lawful Man,  john joseph: whitfield In Both Criminal and Civil Actions for Want of Voluntary Joinder With the Alleged Defendant / Legal Fiction "JOHN JOSEPH WHITFIELD" and / or Mis-Description and / or Misnomer of the Man; Fee Schedule for Violation of Affiant's Right to Civilian Due Process of Law

COMES NOW Affiant,  **john joseph: whitfield**, a Lawful Man *in esse, sui juris* and *in propria persona*, over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that:

1. Affiant claims as a matter of public record, he is **primarily** a Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen," said Private American citizenship status secured by Section One of the Fourteenth Amendment to the Constitution of the United States of America; and,

2. Affiant claims, as a matter of public record, he is **secondarily** a **Freeman** / Private Citizen of the Union Nation / State wherein he **privately resides** at American Common Law and American Exclusive Equity, on the land of a non-militarily occupied, private estate within a given County of a given Union Nation / State of these United States of America, protected by Section One of the Fourteenth Amendment to the Constitution of the United States of America; and,

3. Affiant claims his dual allegiance is to the non-military, **civilian government** of the United States of America and to the non-military, **civilian government** of one of the sovereign Nation / States of the United States (both civilian governments presently ousted as of March 9, 1933, via FDR's **Proclamations 2039/2040** and Congress' "Emergency Banking Relief Act" of March 9, 1933, codified at 12 USC 95a-b moved to a footnote at 50 USC 4305(b)); and,

4. Affiant claims he is a "**National**" and his preeminent constitutional right to civilian due process of law in both civil and criminal matters, federal and state, is protected by the **Fifth Amendment** and Section One of the **Fourteenth Amendment** to the Constitution of the United States of America and is also protected by **Article 23h** of the International Hague Convention Treaty; and therefore,

5. Affiant, the Lawful Man made in the **image of God**, **john joseph: whitfield**, in any proceeding, federal or state, civil or criminal is not the alleged Defendant / Legal Fiction, "JOHN JOSEPH WHITFIELD," "JOHN J. WHITFIELD," "WHITFIELD, JOHN J.," "John J. Whitfield" or any derivation of said NAME / *Nom de guerre*; and,

### Further,

6. Affiant is the Sole Beneficiary and Agent of Record for his Principal / Legal Fiction / Legal Person, "JOHN JOSEPH WHITFIELD," a national private business trust whereby Affiant interfaces in domestic and foreign commerce as its Agent of Record and Sole Beneficiary; and,

7. Affiant, pursuant to his Principal's **Trust Indenture** attached to **Exhibit 15** as **Annex F** of this Declaration of Status, **Releases and Discharges** the Court, federal or state, from its obligation to impose its usual statutory, Emergency War Powers Military Due Process of Law essentially proceeding according to the course of American Admiralty Jurisprudence in any criminal and / or civil matter wherein Affiant's Principal, "JOHN JOSEPH WHITFIELD," if named as an alleged Defendant would be a **Breach of Trust** by any officer of any Court, federal/national or state, pursuant to said **Trust Indenture**; and,

8. Therefore Affiant, the Lawful Man **john joseph: whitfield**, a third party of interest, **DOES NOT ACCEPT** any Plaintiff's or Court's **Offer of Joinder** with Affiant's Principal, the alleged Defendant / Legal Fiction "JOHN JOSEPH WHITFIELD," by being represented by an attorney, or by making an appearance, or by pleading to the merits or by making a motion in any proceeding, criminal and/or civil; and,

9. Therefore, Affiant **DISCLAIMS** any implied trust arrangement between any Plaintiff and the alleged Defendant / Legal Fiction, "JOHN JOSEPH WHITFIELD," said presumption arising by operation of law pursuant to a maxim of Emperor Justinian's Roman Civil Law being the foundation of American Admiralty Jurisprudence; and,

10. Therefore, Affiant **DOES NOT CONSENT** to be an implied surety / implied trustee / implied fiduciary / implied registered agent / implied lessee in any legal proceeding, federal or state, criminal or civil, for his Principal / Legal Fiction, "JOHN JOSEPH WHITFIELD," named as Defendant therein; and,

11. Therefore, Affiant is not the alleged Defendant / Legal Fiction "JOHN JOSEPH WHITFIELD," and therefore, pursuant to this **Affidavit** entered on the Public Judicial Record, every Court is put **ON NOTICE** that, pursuant to its oath to uphold the Constitution of the United States of America, must abate every proceeding involving Misnomer of the Lawful Man, **john joseph: whitfield** for:

> "Where conditions for its issuance exist, abatement is a matter of right, not of discretion. The misnomer or mis-description of a party defendant is grounds for abatement; and grounds for abatements are the same for equity and law cases."
> *Corpus Juris Secundum*, Vo. 5, p. 35 (1985); *Ibid*, Vol. 5, p. 37 (2005).

12. Further, should any officer of any court, national (federal) or state, in violation of his or her oath to uphold the Constitution of the United States and the Constitution of the State, proceed with the usual, federally-conferred, emergency war powers military jurisdiction due process proceeding, criminal or civil, pursuant to **50 USC 4316**, in violation of Affiant's said constitutional right to **a Civilian Due Process of Law**, said officer will incur a **one hundred-thousand dollar ($100,000.00) charge** for each violation listed in the Fee Schedule below to be attached to his insurance bond, said charge in the form of a UCC lien to be placed on the commercial record. Said charges are as follows:

### Fee Schedule

a. Displaying a military flag/color, federal or state, in the courtroom; and/or,
b. Presuming the Affiant to be the defendant with Affiant's name spelled in all upper-case letters being a *nom de guerre*/name of war; and/or,
c. Presuming Affiant is the surety/fiduciary/trustee for the defendant; and/or,
d. Presuming Affiant has made an appearance for any reason whatsoever after Affiant has stated for the record and entered into evidence the facts proving Affiant is not the defendant but rather a third party, real party of interest, the Sole Beneficiary and Agent of Record for the defendant; and/or,
e. Entering a plea of "Not Guilty" for Affiant presuming joinder with defendant.

*"He that is surety for a stranger shall smart for it; and he that hateth suretyship is sure." Proverbs 11:15 (KJV)*

Further Affiant Sayeth Not.

  

john joseph: whitfield
American Freeman / State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National / Non-"U.S. citizen"
Private Citizen of the State of North Carolina
Special and Private Resident of the County of Guilford
Agent of Record without recourse / without prejudice for
"JOHN JOSEPH WHITFIELD"
Sole Beneficiary of the Name and Estate of
"JOHN JOSEPH WHITFIELD"
All Rights Reserved Without Prejudice

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

## JURAT

**State of North Carolina**                    )
**Guilford County**                              )

On _6ᵗʰ August, 2024_ before me, _Kathryn White_ ,
personally appeared **john joseph: whitfield** who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the Commonwealth of Pennsylvania that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
4/18/2026

Notary Public Signature                         Notary Public Seal

## Affidavit 12
### Court Reporter's Transcript of Proceedings

I, **john joseph: whitfield**, *in esse* and *sui juris*, solemnly affirm, depose and declare that:

The attached eight (8)-page **"Reporter's Transcript of Proceedings"** as recorded by Official Court Reporter Beverly A. Casares for the United States District Court for the Central District of California, the Honorable John G. Davies presiding, March 21, 1994, Los Angeles, California (**Annex A**), is a full, complete, true and correct copy of a certified copy of the original court transcript.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

_john joseph_

**john joseph: whitfield**, American Freeman / State National
Pre-March 9, 1933, Private American Citizen of the United States
Pre-March 9, 1933, Private American National / Non-"U.S. citizen"
Private Resident of the State of North Carolina
Special and Private Resident of the County of Guilford
All Rights Reserved Without Prejudice

---

### Verification and Acknowledgement

**United States of America** )
**State of North Carolina** )   s. a.
**County of Guilford** )

Before Me, on this day **john joseph: whitfield**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this ___6th___ day of August, 2024.

_Notary signature_

**Notary Public**

KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
4/18/2026

---

**Exhibit 14; Page 1 of 1**

*Exhibit 14: Annex A, Pages - 8*

NORA M. MANELLA
United States Attorney
MASON C. LEWIS
Assistant United States Attorney
Chief, Tax Division
GREGORY A. ROTH
Assistant United States Attorney
Room 2115, Federal Building
300 North Los Angeles Street
Los Angeles, CA  90012
Telephone:  (213) 894-2576
Facsimile:  (213) 894-0115

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   Case No. CV 9 4
                                   )
          Petitioner,              )   [PROPOSED]
                                   )   ORDER TO SHOW CAUSE
     vs.                           )
                                   )
RANDY L. C███████R,                )
                                   )
          Respondent.              )
                                   )

Upon the Petition and supporting Memorandum of Points and
Authorities and Decl ration to the Petition, the Court finds that
Petitioner has established its *prima facie* case for judicial
enforcement of the subject summonses.  See <u>United States v.
Powell</u>, 579 U.S. 48, 58, 85 S.Ct. 248, 13 L.Ed. 2d 112 (1964).
See also <u>United States v. Samuels, Kramer and Co.</u>, 712 F.2d 1342
1344-45 (9th Cir. 1983) (the Government's *prima facie* case is
typically made through the sworn declarations of the I.R.S. agen
who issued the summons).

///

//

Therefore, IT IS ORDERED that Respondent appear before this

2   District Court of the United States for the Central District of

3   California, in Courtroom No. 990.

☐   United States Court House
    312 North Spring Street, Los Angeles, California, 90012

☑   Roybal Federal Building
    255 E. Temple Street, Los Angeles, California, 90012

7   on March 21 _____, 1994, at 1:30 P.M., and show cause

8   why testimony and production of books, records, papers and other

9   data demanded in the subject Internal Revenue Service summonses

10  should not be compelled.

11      IT IS FURTHER ORDERED that copies of this Order, the

12  Petition, Memorandum of Points and Authorities, and accompanying

13  Declaration be served promptly upon Respondent by any employee of

14  the Internal Revenue Service by personal delivery or by certified

15  mail.

16      IT IS FURTHER ORDERED that within ten (10) days after

17  service upon the Respondent of the herein described documents,

18  Respondent shall file and serve a written response  supported by

19  appropriate sworn statements, as well as any desired motions.

20  If, prior to the return date of this Order, Respondent files a

21  response with the Court stating that Respondent does not desire

22  to oppose the relief sought in the Petition, nor wish to make an

23  appearance, then the appearance of Respondent at any hearing

24  pursuant to this Order to Show Cause is excused, and Respondent

25  shall be deemed to have complied with the requirements of this

26  Order.

27  ///

28  ///

**Exhibit 14: Annex A; Page 2 of 8**

2

IT IS FURTHER ORDERED that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: This 15th day of FEBRUARY, 1994.

_____
UNITED STATES DISTRICT JUDGE

Presented By:

NORA M. MANELLA
United States Attorney
MASON C. LEWIS
Assistant United States Attorney
Chief, Tax Division

_____
GREGORY A. ROTH
Assistant United States Attorney

Attorneys for Petitioner,
United States of America

1

UNITED STATES DISTRICT COURT

2

CENTRAL DISTRICT OF CALIFORNIA

3

- - -

4

HONORABLE JOHN G. DAVIES, JUDGE PRESIDING

5

- - -

6

7    UNITED STATES OF AMERICA          )
                                       )
8                   Plaintiff(s)       )
                                       )
9          vs.                         )  NO.  CV-94████-JGD
                                       )
10   RANDY L. O███████R                )
                    Defendant(s)       )

11

12

13

REPORTER'S TRANSCRIPT OF PROCEEDINGS

14

Los Angeles, California

15

Monday, March 21, 1994

16

17

18

19

20

21                              BEVERLY A. CASARES  CSR# 8630
                                Official Court Reporter
22                              312 North Spring Street
                                Room 440
23                              Los Angeles, California 90012
                                (213) 617-2305

24

25              Exhibit 14: Annex A; Page 4 of 8

BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

```
 1 │  APPEARANCES:

 2 │
   │   FOR PLAINTIFF(S)          GREGORY A. ROTH
 3 │                             312 N. Spring Street
   │                             Los Angeles, California 90012
 4 │                             (213) 894-2410

 5 │

 6 │   FOR DEFENDANT(S)          RANDY L. O████████R

 7 │

 8 │

 9 │

10 │

11 │

12 │

13 │

14 │

15 │

16 │

17 │

18 │

19 │

20 │

21 │

22 │

23 │

24 │

25 │              Exhibit 14: Annex A; Page 5 of 8
   │
   │   BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORT
```

```
1          LOS ANGELES, CALIFORNIA; MONDAY, MARCH 21, 1994

2                              1:30 P.M.

3          THE CLERK:  Item number 6, case number C7-94        ,

4    United States of America versus Randy L. O         r.

5          MR. ROTH:  Good afternoon, your Honor, Assistant

6    U.S. Attorney Gregory Roth appearing on behalf of the

7    United States, and its agency the Internal Revenue

8    Service.

9          THE COURT:  Is there any opposition?

10         MR. O         R:  For the record.

11         THE COURT:  Yes.

12         MR. O         R:  My Christian name is Randy Lee an

13   my family name is O         r.

14         THE COURT:  All right.

15         MR. O         R:  That is spelled capital R, lower

16   case, a-n-d-y, capital L, lower case e-e, capital O, lower

17   case           -r.

18         I have responded to this petition, because it was

19   found on the door of the place where I take up

20   housekeeping, and attempts to create a colorable persona

21   under colorable law by the name of capital R-A-N-D-Y L

22   period, O-           -R.  The artifice being used

23   here to deceive this Honorable Court must be abated as a

24   Public Nuisance.  **Exhibit 14: Annex A; Page 6 of 8**

25         For the record Randy Lee and Jesus the Christ
```

BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTE

1    Advocate and Wonderful Counselor are using the Right of

2    Visitation to exercise the Ministerial Powers to be heard

3    on this matter.

4         I, Randy Lee am a native Californian and a Man on

5    the Land in Los Angeles County, not a resident in the

6    Federal Judicial District in the Central District of

7    California.

8         My Colors and Authority is the California Bear Flag

9    with the Gold Star.  My Law is My Family Bible.  And my

10   Status is shown by the Seal of the People.

11        I am who I say I am, not who the U.S. Attorney says

12   I am. Further I sayeth not and I stand mute.

13        THE COURT:  All right. Please take your things off

14   of the podium and sit down at your table. Mr. Roth, do

15   you have any response to this alleged case of mistaken

16   identity.

17        MR. ROTH:  Well, your Honor, Mr. O███████r seems

18   to think tha' if you spell your name in upper and lower

19   case, it relieves him of compliance.

20        THE COURT:  Thank you, Mr. Roth. Please call the

21   next case Clerk.

22              (Proceedings concluded.)

23

24

25

**Exhibit 14: Annex A; Page 7 of 8**

BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORT

1                      C E R T I F I C A T E

2

3

4              I hereby certify that the foregoing

5     matter entitled UNITED STATES OF AMERICA versus RANDY L.

6     O███████████R No. CV-94████-JGD is transcribed from the

7     stenographic notes taken by me and is a true and accurate

8     transcription of the same.

9

10

11

12        _Berely A. Casares_

13     ─────────────────────────────        3/25/94
       BEVERLY A. CASARES CSR# 8630          ──────────
14     Official Court Reporter               DATED:

15

16

17

18

19

20

21

22

23

24

25              **Exhibit 14: Annex A; Page 8 of 8**

## Exhibit 15: Annex A;

**Allonge – 1 Page**

**Affidavit 13** – Declaration of National Private Trust Agreement – **3 Page**

# Affidavit 13
# Declaration of National Private Trust Arrangement

This is Actual and Constructive Notice

of a Declaration of a Special and Private Trust Arrangement

Established by Pre-March 9, 1933,

Private Citizen of the United States/Private American National/Non-"U.S. citizen"

**john joseph: whitfield**, Grantor/Settlor, Sole Beneficiary

Agent of Record Without Recourse/Without Prejudice for

the Name and Estate of " **JOHN JOSEPH WHITFIELD**," with a

Private Indenture governing the Special use of National Private Business Trust

" **JOHN JOSEPH WHITFIELD**."

See Copy of the State Apostilled Certificate of Live Birth
with Allonge Evidencing the Trust " **JOHN JOSEPH WHITFIELD**" (Annex A);
See Copies of U.S. Treasury/IRS Form W-8BEN,
Form 56, Form 8822-B, and Form SS-5 (Annexes B, C, D and E)

**NOTICE 1**: The Private Master File Trust Number is: **JJW03091967.01.001.**
All trust res documents will display a specific private trust res number derived from the above
Private Master File Trust Number.

**NOTICE 2**: Pursuant to its Private Trust Indenture, National Private Business Trust " **JOHN JOSEPH WHITFIELD**" is a "person" in commerce defined by the "Trading With the Enemy Act" of 1917 (50 USC App. 5(b) now 50 USC 4305(b)) as amended by the "Emergency Banking Relief Act" of 1933 (12 USC 95a). But pursuant to its private Indenture, the Trust is not subject to any statutory, temporary emergency war powers military jurisdiction, federal and/or state, and therefore cannot be given a statutory, temporary emergency war powers military due process of law without a Breach of Trust. The Trust, its Sole Beneficiary and owner of the Trust Estate, being a Pre-March 9, 1933, Private Citizen of the United States/Private American National/Non-"U.S. citizen," is an individual natural "person" designated in the Fifth and Fourteenth Amendments to the Constitution of the United States of America and therefore, may only be given a **constitutional civilian due process of law** on a federal and state level pursuant to the Fifth and Fourteenth

Amendments to the Constitution of the United States as declared in *Hale v. Henkel*, 201 U.S. 43 at 74 (1906).

        ***Maxim: "Equity regards as done that which ought to have been done."***

Further Declarant Sayeth Not.

  

*john joseph*

**john joseph: whitfield,** Grantor-Settlor, Beneficiary
Pre-March 9, 1933, Private Citizen of the United States
        Private American National/Non-"U.S. citizen"
Private Citizen of the State of North Carolina
Special and Private Resident of the County of Guilford
Agent of Record without recourse/without prejudice for
        Private Business Trust " JOHN JOSEPH WHITFIELD"
Sole Beneficiary of the Estate and Name of
        Private Business Trust " JOHN JOSEPH WHITFIELD"
All Rights Expressly Reserved

### Verification and Acknowledgement

| | | |
|---|---|---|
| **United States of America** | ) | |
| **State of North Carolina** | ) | **s. a.** |
| **County of Guilford** | ) | |

Before Me, on this day **john joseph: whitfield**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AKJV 1611 Bible* and in accordance with the Maxims of Law and Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this ___6th___ day of August, 2024.

KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
4/18/2026

_____
Notary Public

## Exhibit 15: Annex A;

**Allonge – 1 Page**

**Apostilled Original Birth Certificate - 3 Page**

*Exhibit 15: Annex A*

## **ALLONGE**

### **Private Unilateral Contract Under Seal**

**Acceptance/Conveyance of Property in Equity**

Accepted for Value/Claimed by Grantee Absolute

Legal Title Assigned/Conveyed by Grantor-Settlor

To: President of the United States, Trustee

To: Secretary of the Treasury of the United States, Trustee

On Special Deposit

Without Recourse/Without Prejudice

AUG 0 6 2024

Date: _____

Signatory: _____

**john joseph: whitfield**

Pre-March 9, 1933, Private Citizen of the United States

Pre-March 9, 1933, Private American National

Pre-March 9, 1933, Private Citizen of the State of North Carolina

Grantee/Grantor-Settlor/Beneficiary

Agent of Record for the Name and Estate of JOHN JOSEPH WHITFIELD

Trust Res No. **JJW03091967.01.001**

CERTIFICATION OF VITAL RECORD

CERTIFICATE OF BIRTH

# State of Delaware

**BOARD OF HEALTH**

BUREAU OF
VITAL STATISTICS

| LOCAL REG. NO. 2033 | STATE FILE NO. **107-** 67-003176 |
|---|---|

| 1. PLACE OF BIRTH | | 2. USUAL RESIDENCE OF MOTHER (WHERE MOTHER LIVES) | |
|---|---|---|---|
| COUNTY New Castle | STATE DELAWARE | STATE Oklahoma | COUNTY --- |
| CITY, TOWN, OR LOCATION Wilmington | | CITY, TOWN, OR LOCATION Lawton | ZIP CODE 73501 |
| NAME OF HOSPITAL OR INSTITUTION (IF NEITHER, GIVE STREET ADDRESS) IS PLACE IN CITY LIMITS St. Francis Hospital YES [X] NO [] | | STREET ADDRESS 712 North 31st Street | IS RESIDENCE IN CITY LIMITS YES [] NO [] |

**CHILD**

| 3. NAME | FIRST John | MIDDLE Joseph | LAST Whitfield |
|---|---|---|---|

| 4. SEX Male | 5A. THIS BIRTH SINGLE [X] TWIN [] TRIPLET [] | 5B. IF TWIN OR TRIPLET, WAS CHILD BORN 1ST [] 2ND [] 3RD [] | 6. DATE OF BIRTH MO. March DAY 9, YEAR 1967 |
|---|---|---|---|

**FATHER**

| 7. NAME | FIRST Joseph | MIDDLE Leonard | LAST Whitfield | 8. RACE Caucasian |
|---|---|---|---|---|

| 9. AGE (TIME OF THIS BIRTH) 31 YEARS | 10. BIRTHPLACE (STATE OR FOREIGN COUNTRY) Duplin Cty., North Carolina | 11. USUAL OCCUPATION Chief Warrant Officer, U.S. Army |
|---|---|---|

**MOTHER**

| 12. MAIDEN NAME | FIRST Sarah | MIDDLE Ruth | LAST Waters | 13. RACE Caucasian |
|---|---|---|---|---|

| 14. AGE (TIME OF THIS BIRTH) 32 | 15. BIRTHPLACE (STATE OR FOREIGN COUNTRY) Duplin Cty, North Carolina | 16. PREVIOUS DELIVERIES TO MOTHER (DO NOT INCLUDE THIS BIRTH) | | |
|---|---|---|---|---|
| | | HOW MANY OTHER CHILDREN ARE NOW LIVING? | HOW MANY OTHER CHILDREN WERE BORN ALIVE BUT ARE NOW DEAD? | HOW MANY FETAL DEATHS (FETUSES BORN DEAD AT ANY TIME AFTER CONCEPTION)? |

| 17. SIGNATURE OF PARENT | | | | |
|---|---|---|---|---|

| 18. MOTHER'S MAILING ADDRESS | STREET ADDRESS 712 North 31st Street, | CITY, TOWN, OR LOCATION Lawton, | STATE Oklahoma | ZIP CODE 73501 |
|---|---|---|---|---|

| 19. SIGNATURE (ATTENDANT AT BIRTH) Richard C. Hayden | ATTENDANT AT BIRTH M.D. [X] D.O. [] MIDWIFE [] SPECIFY OTHER [] | |
|---|---|---|
| LIVE BORN AT (TIME) 4:13 P.M. | ADDRESS (ATTENDANT AT BIRTH) 2401 Pennsylvania Ave., Wilmington, Del. | DATE SIGNED March 10, 1967 |

| 20. DATE RECEIVED BY LOCAL REGISTRAR May 2, 1967 | 21. LOCAL REGISTRAR'S SIGNATURE Francis X. Shoemaker |
|---|---|

FOR MEDICAL AND HEALTH USE ONLY (THIS SECTION MUST BE FILLED OUT)

JUN 28 2022

ATING IN SECTION 5 THE ORDER OF BIRTH OF EACH CHILD. NTS MUST BE GIVEN. IN CASE OF TWINS OR TRIPLETS



L 1432805



This certified copy is a true and correct copy or part thereof of the original record filed with the Delaware Division of Public Health, Office of Vital Statistics. This is issued under the authority of 16 *Del. C.*, § 3110.

Any alteration of this document is prohibited. Do not accept unless on security paper with the raised seal of the Office of Vital Statistics.



State Registrar

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

22057400-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Secretary of State of the State(s) of Delaware, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Antony J. Blinken, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this sixteenth day of September, 2022.

*Issued pursuant to CHXIV. State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

# Delaware

Page 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE  STATE

OF DELAWARE, DO HEREBY CERTIFY THAT KARYL T. RATTAY, M.D., WHOSE

GENUINE SIGNATURE APPEARS ON THE ABOVE AND FOREGOING DOCUMENT WAS AT

THE TIME OF MAKING AND NOW IS THE STATE REGISTRAR OF VITAL

STATISTICS FOR THE STATE OF DELAWARE IN AND FOR KENT COUNTY

DULY APPOINTED, COMMISSIONED, AND QUALIFIED, AND THAT FULL FAITH

AND CREDIT ARE, AND OUGHT TO BE, GIVEN TO ALL OF HIS OFFICIAL

ACTS AS SUCH.

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND

AFFIXED MY OFFICIAL SEAL OF OFFICE AT DOVER ON THE TWENTY-FIFTH DAY

OF JULY, A.D. 2022.

Jeffrey W. Bullock, Secretary of State

UCSVC

SR# 20223072079

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203997856

Date: 07-25-22

# **Exhibit 15: Annex B;**

**W-8BEN – 1 page**

**Affidavit 14 – 3 Pages**

Form **W-8BEN**

(Rev. October 2021)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding and Reporting (Individuals)

▶ **For use by individuals. Entities must use Form W-8BEN-E.**
▶ **Go to** *www.irs.gov/FormW8BEN* **for instructions and the latest information.**
▶ **Give this form to the withholding agent or payer. Do not send to the IRS.**

OMB No. 1545-1621

| **Do NOT use this form if:** | **Instead, use Form:** |
|---|---|
| • You are NOT an individual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | W-8BEN-E |
| • You are a U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . | W-9 |
| • You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the United States (other than personal services) . . . . . . . . . . . . . . . . . . . . . | W-8ECI |
| • You are a beneficial owner who is receiving compensation for personal services performed in the United States . . . . . . | 8233 or W-4 |
| • You are a person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . | W-8IMY |

**Note:** If you are resident in a FATCA partner jurisdiction (that is, a Model 1 IGA jurisdiction with reciprocity), certain tax account information may be provided to your jurisdiction of residence.

| **Part I** | **Identification of Beneficial Owner** (see instructions) | | |
|---|---|---|---|
| **1** | Name of individual who is the beneficial owner | **2** | Country of citizenship |
| | john joseph: whitfield, Pre-March 9, 1933, Private Citizen of the United States | | **Nation of North Carolina** |

**3** Permanent residence address (street, apt. or suite no., or rural route). Do not **use** a P.O. box or in-care-of address.
c

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| | |

**4** Mailing address (if different from above)
c/o 4214 W Wendover Ave, #1070

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| Greensboro, North Carolina, ZIP Code Excepted [27407] | **United States** |

**5** U.S. taxpayer identification number (SSN or ITIN), if required (see instructions)

N/A

| **6a** | Foreign tax identifying number (see instructions) | **6b** | Check if FTIN not legally required . . . . . . . . . . . . . ☐ |
|---|---|---|---|
| | N/A | | |

**7** Reference number(s) (see instructions)      **8** Date of birth (MM-DD-YYYY) (see instructions)
JOHN JOSEPH WHITFIELD, DELAWARE BC, File: 107-67-003176       03/09/1967

| **Part II** | **Claim of Tax Treaty Benefits** (for chapter 3 purposes only) (see instructions) |
|---|---|

**9** I certify that the beneficial owner is a resident of   N/A                          within the meaning of the income tax treaty between the United States and that country.

**10** **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article and paragraph
N/A                  of the treaty identified on line 9 above to claim a ____ % rate of withholding on (specify type of income):
N/A

Explain the additional conditions in the Article and paragraph the beneficial owner meets to be eligible for the rate of withholding:
N/A

| **Part III** | **Certification** |
|---|---|

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

• I am the individual that is the beneficial owner (or am authorized to sign for the individual that is the beneficial owner) of all the income or proceeds to which this form relates or am using this form to document myself for chapter 4 purposes;
• The person named on line 1 of this form is not a U.S. person;
• This form relates to:

(a) income not effectively connected with the conduct of a trade or business in the United States;

(b) income effectively connected with the conduct of a trade or business in the United States but is not subject to tax under an applicable income tax treaty;

(c) the partner's share of a partnership's effectively connected taxable income; or

(d) the partner's amount realized from the transfer of a partnership interest subject to withholding under section 1446(f);

• The person named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country; and
• For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner. **I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.**

**Sign Here** ▶        ☑ I certify that I have the capacity to sign for the person identified on line 1 of this form.

| *john joseph Agent* | 08/04/2024 |
|---|---|
| Signature of beneficial owner (or individual authorized to sign for beneficial owner) | Date (MM-DD-YYYY) |
| john joseph: whitfield | |
| Print name of signer | |

**For Paperwork Reduction Act Notice, see separate instructions.**      Cat. No. 25047Z      Form **W-8BEN** (Rev. 10-2021)

### Affidavit 14
### Affidavit of john joseph: whitfield
### Addendum to Treasury / IRS Form W-8BEN

COMES NOW Affiant, **john joseph: whitfield**, *in esse* and *sui juris*, over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly declares that Affiant is a Constitutional, **Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen" / Private Citizen of the Union Nation/State of residence at Common Law and Equity** protected by Section One of the Fourteenth Amendment to the Constitution of the United States of America and Article 23h of the Hague Convention.  Therefore, Affiant, a "National" and not an enemy belligerent, affirms in good faith without any intent to defraud or mislead:

1. Affiant is **as foreign** to the temporary Emergency War Powers Military Government ruling the United States of America since March 9, 1933, which sovereign nation includes the individually sovereign, Fifty Union Nation States / Countries composing the Union of the United States of America, the Union made more perfect by the Constitution for these United States of America on March 4, 1789; and,

2. Affiant is **as** a statutory "**Nonresident Alien Individual**" as defined by 26 USC § 7701(b)(1)(B), the statute giving no positive definition, but only a negative definition stating what is **NOT** a "Nonresident Alien Individual," it declaring,

   "An individual is a nonresident alien if such individual is neither a citizen of the United States nor a resident of the United States."

3. Affiant believes, in good faith, with no intent to defraud and sincerely believes, based upon his personal experience, the use of the phrase "**citizen of the United States**" in paragraph 2 is not the Affiant, a Pre-March 9, 1933, Constitutional "citizen of the United States" defined by Section 1 of the Fourteenth Amendment, but is the Post-March 9, 1933, statutory "citizen of the United States," "citizen of the Federal government," i.e., the U.S. citizen "**JOHN JOSEPH WHITFIELD**" with an SSN/TIN, it, like a corporation, being a creature of the corporate UNITED STATES composed of both the states and territories deemed *de facto* conquered territories under temporary emergency war powers military occupation, all of said States' and Territories' registered property being seized enemy property of the Commander in chief holding legal title thereto, the Commander in chief ruling its Emergency War Powers Military Government from the District of Columbia ("Rome on the Potomac") since March 9, 1933; and,

4. Affiant believes the use of the phrase **"resident of the United States"** in paragraph 2 is not the Affiant, a Pre-March 9, 1933, Constitutional "resident" privately residing on the land of a County in one of the Fifty Union Nation States / Countries composing the Union of the United States of America pursuant to Section 1 of the Fourteenth Amendment, but is the statutory **"resident"** of the statutory **"United States,"** said "resident" residing in the "United States," i.e., "the District of Columbia" or one of its territories under military occupation; and,

5. Affiant is not a resident of the geographical **"United States"** defined by **26 USC §7701(a)(9)** to be the "States and the District of Columbia," said **"States"** defined by **26 USC 3306(j)(2)** to include only "the District of Columbia, the Commonwealth of Puerto Rico, and the Virgin Islands" to the obvious exclusion of the Fifty States composing the Union of the United States of America (**"for what is excluded is not included"** lest the definition should be **"void for vagueness"**); and,

6. Neither Affiant, nor his LEGAL FICTION / PERSON / statutory "U.S. citizen" / enemy belligerent in commerce and in war, **JOHN JOSEPH WHITFIELD**, now a Private Business Trust with a federally-assigned SSN/TIN, derives no "gross income" and/or "income" that is "effectively connected with the conduct of a **trade or business in the United States**," said **"trade or business"** statutorily defined by **26 USC § 7701(a)(26)** to only include the "performance of the functions of a public office" (such as all Courts, federal or state); and,

7. Affiant's LEGAL FICTION / PERSON in commerce and in war, **JOHN JOSEPH WHITFIELD**, now a Private Business Trust, has not voluntarily engaged in federally- privileged activities and therefore has no "income effectively connected with the conduct of a trade or business in the United States" and therefore has no "gross income" (defined as "income derived from a "source") as all **"income"** received by **JOHN JOSEPH WHITFIELD** is derived from Affiant, using **JOHN JOSEPH WHITFIELD**, to exercise his **fundamental right** to exchange his private property for money (which private transaction—apart from a chain of evidence giving rise to a presumption that **JOHN JOSEPH WHITFIELD** is engaged in federally-privileged activities, including a "trade or business"—cannot be taxed with an indirect, excise/income tax according to decisions of the Supreme Court), and is the **private trust property** of the Affiant, **john joseph: whitfield**, being Sole Beneficiary of said Private Trust and holding **Equitable Title by Nature** of said private trust property.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

  



**john joseph: whitfield**, American Freeman/State National
Pre-March 9, 1933, Private Citizen of the United States
        Private American National/Non-"U.S. citizen"
Private Citizen of the State of North Carolina
Special and Private Resident of the County of Guilford
Agent of Record without recourse/without prejudice for
        "JOHN JOSEPH WHITFIELD"
Sole Beneficiary of the Name and Estate of
        "JOHN JOSEPH WHITFIELD"
All Rights Reserved Without Prejudice

<table>
<tr><td colspan="3" align="center"><strong>Verification and Acknowledgement</strong></td></tr>
</table>

| | | |
|---|---|---|
| **United States of America** | ) | |
| **State of North Carolina** | ) | **s. a.** |
| **County of Guilford** | ) | |

Before Me, on this day  **john joseph: whitfield**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AKJV1611 Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this ____ day of August, 2024.

KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
9/18/2026

_____
Notary Public

***Exhibit 15: Annex B;   Page 3 of 3***

**Exhibit 15: Annex C;**


**IRS Form 56 – 2 pages**

Form **56**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship
(Internal Revenue Code Sections 6036 and 6903)

▶ Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

**Part I     Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| JOHN JOSEPH WHITFIELD U.S. citizen; State File: 107-67-003176; See attached BC | 243333221 | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)
C/O 4214 W WENDOVER AVE, #1070

City or town, state, and ZIP code (If a foreign address, see instructions.)
Greensboro, North Carolina, Zip Code Excepted, [27407]

Fiduciary's name
john joseph: whitfield, Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen"

Address of fiduciary (number, street, and room or suite no.)
c/o 4214 W Wendover AVe, #1070

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| Greensboro, Guilford County / Nation of North Carolina, ZIP Code Excepted [27407] | (     ) |

## Section A.  Authority

**1**  Authority for fiduciary relationship. Check applicable box:
**a**  ☐ Court appointment of testate estate (valid will exists)
**b**  ☐ Court appointment of intestate estate (no valid will exists)
**c**  ☐ Court appointment as guardian or conservator
**d**  ☐ Fiduciary of intestate estate
**e**  ☐ Valid trust instrument and amendments
**f**  ☐ Bankruptcy or assignment for the benefit or creditors
**g**  ☑ Other. Describe ▶ Registered Certificate of Live Birth/Unilateral Contract of Trusteeship/Suretyship by Operation of Law
**2a**  If box 1a, 1b, or 1d is checked, enter the date of death ▶ _____
**b**  If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ May 2, 1967
Date of the registration of "Certificate of Live Birth of JOHN JOSEPH WHITFIELD," New Castle County, Delaware

## Section B.  Nature of Liability and Tax Notices

**3**  Type of taxes (check all that apply):  ☑ Income  ☐ Gift  ☐ Estate  ☐ Generation-skipping transfer  ☐ Employment
☐ Excise  ☐ Other (describe) ▶ ----------------------------------------------------------------

**4**  Federal tax form number (check all that apply):  **a** ☐ 706 series  **b** ☐ 709  **c** ☐ 940  **d** ☐ 941, 943, 944
**e** ☐ 1040 or 1040-SR  **f** ☐ 1041  **g** ☐ 1120  **h** ☑ Other (list) ▶  Form 15103 Return Deliquency

**5**  If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶  N/A

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.          Cat. No. 16375I          Form **56** (Rev. 12-2019)

Form 56 (Rev. 12-2019)                                                                                    Page **2**

| **Part II** | **Revocation or Termination of Notice** |

### Section A—Total Revocation or Termination

**6**    Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship   ▶ ☑
     Reason for termination of fiduciary relationship. Check applicable box:

**a**   ☐   Court order revoking fiduciary authority

**b**   ☐   Certificate of dissolution or termination of a business entity

**c**   ☑   Other. Describe ▶   Terminating Fiduciary is now Sole Beneficiary by means of a valid trust instrument; See Exhibit 15 of DOS

### Section B—Partial Revocation

**7a**   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  . . . . . . ▶ ☐

**b**   Specify to whom granted, date, and address, including ZIP code.
     ▶ ----------------------------------------------------------------------------------------------------------

### Section C—Substitute Fiduciary

**8**   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)  . . . . . . . . . . . . . ▶ ☑
     ▶ Trustees: Occupants of the offices of the President of the United States and Secretary of the Treasury of the United States

| **Part III** | **Court and Administrative Proceedings** |

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated | | |
|---|---|---|---|---|
| N/A | | | | |
| Address of court | | Docket number of proceeding | | |
| N/A | | | | |
| City or town, state, and ZIP code | Date | Time    ☐ a.m.    ☐ p.m. | | Place of other proceedings |
| N/A | | | | |

| **Part IV** | **Signature** |

Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete.

**Please Sign Here**    ▶    _john joseph Agent /Beneficiary_    **Grantor-Settlor / Beneficiary**      _08-04-2024_

         Fiduciary's signature                   Title, if applicable              Date

Form **56** (Rev. 12-2019)

# **Exhibit 15: Annex D;**

## **FORM 8822-  1 Page**

Form **8822-B**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

## Change of Address or Responsible Party — Business

▶ Please type or print.
▶ See instructions on back.  ▶ Do not attach this form to your return.
▶ Go to www.irs.gov/Form8822B for the latest information.

OMB No. 1545-1163

**Before you begin:** If you are also changing your home address, use Form 8822 to report that change.

If you are a tax-exempt organization (see instructions), check here  ☑

Check **all** boxes this change affects.

1  ☐  Employment, excise, income, and other business returns (Forms 720, 940, 941, 990, 1041, 1065, 1120, etc.)

2  ☐  Employee plan returns (Forms 5500, 5500-EZ, etc.)

3  ☑  Business location

| **4a  Business name** | **4b  Employer identification number** |
|---|---|
| JOHN JOSEPH WHITFIELD | xx-xxx3221 |

**5**  Old mailing address (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.

4214 W WENDOVER AVE, #1070, GREENSBORO, NC 27407

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| N/A | N/A | N/A |

**6**  New mailing address (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.

C/O 4214 W Wendover Ave, #1070, Greensboro, North Carolina (private in North Carolina and without the "United States")

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| County of Guilford | Nation of North Carolina | N/A |

**7**  New business location (no., street, room or suite no., city or town, state, and ZIP code). If a foreign address, also complete spaces below, see instructions.

N/A

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

**8**  New responsible party's name

john joseph: whitfield, Pre-March 9, 1933, Private American National Citizen / Non-"U.S. citizen"; See attached Declaration of Status

**9**  New responsible party's SSN, ITIN, or EIN. (CAUTION: **YOU MUST REFER TO THE INSTRUCTIONS FOR FORM SS-4 TO SEE WHO MAY USE AN EIN.**)

See W-8BEN

**10**  Signature. Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Daytime telephone number of person to contact (optional) ▶

**Sign Here**

Signature of owner, officer, or representative

Date  08-04-2024

Agent of Record / Grantor-Settlor / Sole Beneficiary of the Name and Estate of JOHN JOSEPH WHITFIELD

Title

## Where To File

Send this form to the address shown here that applies to you.

| IF your old business address was in . . . | THEN use this address . . . |
|---|---|
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service Kansas City, MO 64999 |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, any place outside the United States | Internal Revenue Service Ogden, UT 84201-0023 |

For Privacy Act and Paperwork Reduction Act Notice, see back of form.          Cat. No. 57465H          Form **8822-B** (Rev. 12-2019)

## Exhibit 15: Annex E; and Attachment 1 to Annex E

- **Social Security corrected Application – 1 page**

- **Notice of Correction - 4 pages**

Form **SS-5** (10-2021) UF
Use (11-2019) UF Until Stock Is Exhausted
SOCIAL SECURITY ADMINISTRATION

Page 5 of 5

OMB No. 0960-0066

# Application for a Social Security Card

| 1 | **NAME** TO BE SHOWN ON CARD | First JOHN | Full Middle Name JOSEPH | Last WHITFIELD |
|---|---|---|---|---|
| | **FULL NAME AT BIRTH IF OTHER THAN ABOVE** | First N/A | Full Middle Name N/A | Last N/A |
| | OTHER NAMES USED | | | |

| 2 | Social Security number previously assigned to the person listed in item 1 | 2 | 4 | 3 | 3 | 3 | 3 | 2 | 2 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|

| 3 | **PLACE OF BIRTH** (Do Not Abbreviate) | DOVER          DELAWARE | Office Use Only | 4 | **DATE OF BIRTH** | 05/02/1967 |
|---|---|---|---|---|---|---|
| | | City          State or Foreign Country | FCI | | | MM/DD/YYYY |

| 5 | **CITIZENSHIP** (Check One) | ☒ U.S. Citizen | ☐ Legal Alien Allowed To Work | ☐ Legal Alien **Not Allowed To** Work(See Instructions On Page 3) | ☐ Other (See Instructions On Page 3) |
|---|---|---|---|---|---|

| 6 | **ETHNICITY** Are You Hispanic or Latino? (Your Response is Voluntary) ☐ Yes  ☐ No | 7 | **RACE** Select One or More (Your Response is Voluntary) | ☐ Native Hawaiian ☐ American Indian ☐ Other Pacific Islander ☐ Alaska Native ☐ Black/African American ☐ White ☐ Asian |
|---|---|---|---|---|

| 8 | **SEX** | ☐ Male | ☐ Female |
|---|---|---|---|

| 9 | **A. PARENT/ MOTHER'S NAME AT HER BIRTH** | First SARAH | Full Middle Name RUTH | Last WATERS |
|---|---|---|---|---|
| | **B. PARENT/ MOTHER'S SOCIAL SECURITY NUMBER** (See instructions for 9B on Page 3) | | | ☒ Unknown |

| 10 | **A. PARENT/ FATHER'S NAME** | First JOSEPH | Full Middle Name LEONARD | Last WHITFIELD |
|---|---|---|---|---|
| | **B. PARENT/ FATHER'S SOCIAL SECURITY NUMBER** (See instructions for 10B on Page 3) | | | ☒ Unknown |

| 11 | Has the person listed in item 1 or anyone acting on his/her behalf ever filed for or received a Social Security number card before? ☒ Yes (If "yes" answer questions 12-13)   ☐ No   ☐ Don't Know (If "don't know," skip to question 14.) |
|---|---|

| 12 | Name shown on the most recent Social Security card issued for the person listed in item 1 | First JOHN | Full Middle Name JOSEPH | Last WHITFIELD |
|---|---|---|---|---|

| 13 | Enter any different date of birth if used on an earlier application for a card | 03/09/1967 |
|---|---|---|
| | | MM/DD/YYYY |

| 14 | **TODAY'S DATE** | 08/04/2024 MM/DD/YYYY | 15 | **DAYTIME PHONE NUMBER** | Area Code   Number |
|---|---|---|---|---|---|

| 16 | **MAILING ADDRESS** (Do Not Abbreviate) | Street Address, Apt. No., PO Box, Rural Route No. C/O 4214 W WENDOVER AVE, #1070 |
|---|---|---|
| | | City GREENSBORO | State/Foreign Country NORTH CAROLINA | ZIP Code 27407 |

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| 17 | **YOUR SIGNATURE** *john joseph Agent.* | 18 | **YOUR RELATIONSHIP TO THE PERSON IN ITEM 1 IS:** ☐ Self  ☐ Natural Or Adoptive Parent  ☐ Legal Guardian  ☒ Other Specify Beneficiary |
|---|---|---|---|

| DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NPN | | | DOC | NTI | CAN | | ITV |
| PBC | EVI | EVA | EVC | PRA | NWR | DNR | UNIT |
| EVIDENCE SUBMITTED | | | | | SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW | | |
| | | | | | | | DATE |
| | | | | | DCL | | DATE |

# NOTICE OF CORRECTION

## OF

## SOCIAL SECURITY AGREEMENT NUMBER RECORD

## FOR

## DELAWARE Registered Organization

## "JOHN JOSEPH WHITFIELD"
## State File No. 107-67-003176
## Federal SSN: XXX-XX-3221

## By:

## john joseph: whitfield

**Agent of Record for "JOHN JOSEPH WHITFIELD"**
**Sole Beneficiary of the Name and Estate of**
**"JOHN JOSEPH WHITFIELD"**
**Pre-March 9, 1933, Private Citizen of the United States of America**
**Pre-March 9, 1933, Private American National; Non-"U.S. citizen"**
**Pre-March 9, 1933, Private Citizen of the Sovereign**
**Nation/State/Country of Private Residence at Common Law and Equity**
**Pursuant to Section 1 of the Fourteenth Amendment**
**To the Constitution for the United States of America**

## <u>AFFIDAVIT 15</u>
## Notice of Correction of Social Security Agreement / Number Record
## For DELAWARE Registered Organization "JOHN JOSEPH WHITFIELD"
## State File No. 107-67-003176; Federal SSN: XXX-XX-3221

COMES NOW AFFIANT, **john joseph: whitfield**, *in esse* and *sui juris*, over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that Affiant is a non-statutory, **Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen"** and hereby amends and corrects the Social Security Agreement / Number Record (Form SS-5) entered into with the Social Security Administration of the temporary emergency war powers military government of the United States and declares as follows:

1. The "Date of Birth" for DELAWARE Registered Organization "JOHN JOSEPH WHITFIELD" is May 2, 1967, the day Affiant's "Certificate of Live Birth" was filed with the Alameda County Registrar eighteen days after the nativity of Affiant, the "child," **john joseph: whitfield**, born on March 9, 1967, recorded thereon; and,

2. Affiant, no longer the Surety primarily liable / trustee / fiduciary / lessee / for said DELAWARE Registered Organization "JOHN JOSEPH WHITFIELD" evidenced by the attached "**Release With Consideration**" (Exhibit 3) of this "**Declaration of Status of john joseph: whitfield**," hereby rescinds all **signatures of suretyship** ever provided for DELAWARE Organization JOHN JOSEPH WHITFIELD, *Nunc Pro Tunc Ab Initio* from the day said "Certificate of Live Birth" was filed by said DELAWARE Registrar; and,

3. Affiant, having been restored to his former Pre-March 9, 1933, Private American National Citizenship status held prior to the filing of said "Certificate of Live Birth," is now the **Sole Beneficiary** of the Name and Estate of DELAWARE Registered Organization "JOHN JOSEPH WHITFIELD," including all monies, assets and property held in trust by any party, federal or state, public or private and domestic or foreign; and,

4. Affiant is now the Agent of Record for DELAWARE Registered Organization "JOHN JOSEPH WHITFIELD," by which commercial vessel, being insured by said Social Security Administration, Account No. XXX-XX-3221, Affiant interfaces in domestic and foreign commerce, holding all **equitable right, title and interest** in all property acquired by Affiant and held in the Name and Estate of "JOHN JOSEPH

WHITFIELD" for which the Secretary of the Treasury is the Trustee holding legal title thereto.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

  

john joseph: whitfield, American Freeman/State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National/Non-"U.S. citizen"
Private Citizen of the State of North Carolina
Special and Private Resident of the County of Guilford
Agent of Record without recourse/without prejudice for
"JOHN JOSEPH WHITFIELD"
Sole Beneficiary of the Estate and Name of
"JOHN JOSEPH WHITFIELD"
All Rights Reserved Without Prejudice

## Verification and Acknowledgement

| | |
|---|---|
| **United States of America** | ) |
| **State of North Carolina** | )        s. a. |
| **County of Guilford** | ) |

Before Me, on this day **john joseph: whitfield**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this ___6th___ day of August, 2024.

KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
4/18/2026

_____
Notary Public

# Affidavit 16
## Claim of Equitable Title to Property

COMES NOW Affiant, **john joseph: whitfield**, *in esse* and *sui juris*, over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, this Affidavit superseding any previous **Claim of Equitable Title to Property**, solemnly declares that the following statements are true and correct to the best of his knowledge and experience:

## Pre-March 9, 1933, Private American Citizenship Status

1. By virtue of this **"Declaration of Status of   john joseph: whitfield"** (hereinafter **"DOS"**), including its attached previous fifteen exhibits, Affiant is a member of the Preamble's Constitutional Posterity, one of **"We the People of the United States of America"** and a Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen" / Private State Citizen/State National of the sovereign Union Nation/State wherein he privately resides at Common Law and Equity without the military jurisdiction of the "United States" presently under emergency war powers military occupation since March 9, 1933; and,

2. By virtue of said **DOS**, Affiant is not a **"person"** defined by the "Trading With the Enemy Act" of October 6, 1917, as amended by the "Emergency Banking Relief Act" of March 9, 1933, (50 USC App. 5(b) now 50 USC 4305(b) and 12 USC 95a) omitted from Title 12 and removed to a footnote of 50 USC 4305(b); and,

3. By virtue of said **DOS**, Affiant is not an **"enemy"** of the United States as defined by the "Trading With the Enemy Act" (50 USC App. 2(c) now 50 USC 4302(c)), nor is Affiant a **"belligerent"** as defined by Article 23(h) of the Hague Convention; and,

4. By virtue of said **DOS**, Affiant is a **"national"** as defined by Article 23(h) of the Hague Convention, whose rights cannot be "abolished, suspended or inadmissible in a Court of law" by the temporary Emergency War Powers military government, its land, naval and air forces occupying the geographic "United States," both the States and territories deemed to be conquered territories, from March 9, 1933, to the present; and,

**Exhibit 16; Page 1 of 5**

5. By virtue of said **DOS**, Proclamation 2040 of March 9, 1933, imposing temporary Emergency War Powers military government (legislative, executive and judicial), congressionally "approved and confirmed" by Section 1 of the "Emergency Banking Relief Act" of March 9, 1933 (12 USC 95b), does not apply to Affiant; and,

6. By virtue of said **DOS**, Executive Order 6102, based upon said "Trading With the Enemy Act" ("Section 5(b) of the Act of October 6, 1917") as amended by the "Emergency Banking Relief Act" ("Section 2 of the Act of March 9, 1933"), said Executive Order issued on April 5, 1933, requiring that "all gold coin, gold bullion and gold certificates" owned by the above-defined "**person[s]**" to be delivered to a Federal Reserve Bank or member bank of the Federal Reserve System by May 1, 1933, does not apply to Affiant; and,

7. By virtue of said **DOS**, Affiant's **Property**, now seized due to the necessities of war by the present Emergency War Powers *de facto* military government holding legal title by characteristic thereto, can be administered on behalf of Affiant holding equitable title to said Property, the Secretary of the Treasury of said Emergency War Powers military government acting as a custodian of said Property, including said "gold coin, gold bullion and gold certificates," while continuing to manage said Property according to the rules of usufruct in accordance with Article 55 of the Hague Convention; and,

## Claim of Equitable Title to Property

8. By virtue of said **DOS**, Affiant, holds **Equitable Title** to all **Property**, including certain American "gold coin, gold bullion and gold certificates," as well as all trust fund accounts, be they city, county, state, federal and/or international, listed in the name of "JOHN JOSEPH WHITFIELD" or any other commercial *nom de guerre*, held by any State treasury, as well as the United States Treasury and/or its depositaries, unless another Claimant, holding the same constitutionally-secured, non-statutory, citizenship status of Affiant, has made both a prior and equal **Claim of Equitable Title** to said certain "gold coin, gold bullion and gold certificates" as well as to said "**special trust accounts**" established by President Roosevelt's Proclamation 2039 issued on March 6, 1933, approved and confirmed by Congress via the Emergency Banking Relief Act (12 USC 95a-b), said proclamation continued by Proclamation 2040 issued on March 9, 1933, until a termination proclamation be promulgated by the president acting as Commander in chief; and,

9. By virtue of said **DOS**, despite the "Gold Reserve Act" of January 30, 1934, by which Act the provisional, Emergency War Powers Congress vested legal "title to the entire stock of monetary gold in the United States, including the gold coin and gold bullion heretofore held by the Federal Reserve Banks and the [*legal*] claim upon gold in the Treasury represented by gold certificates" to the temporarily-imposed, Emergency War Powers "United States Government," Affiant retains his **Equitable Title** by nature to, and therefore the **Beneficial Use** of, said "gold coin, gold bullion and gold certificates." This right to the equitable use of said property in possession of the Secretary of the Treasury includes Affiant's right to issue Private Bills of Exchange for equitable conversion of said equitable title to said equitable assets of the Name and Estate of JOHN JOSEPH WHITFIELD upon presentment to the Secretary of the Treasury or his agent for the discharge of obligations of said Estate of which Affiant is Sole Beneficiary holding Equitable title by nature to all property and assets thereof in possession of any person or party, public and/or private, within or without the geographic fifty Union/Nation States composing the true, constitutionally-created "These United States of America."

Therefore, based upon the above, Affiant, hereby makes his **Claim of Equitable Title** to all **Property** held by the provisional military government of the United States on behalf of Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen"   **john joseph: whitfield** during this temporary state of declared national banking emergency/state of war. This claim is made pursuant to 50 USC Chapter 53 Section 4309 in anticipation of filing a suit in exclusive American Equity for a full accounting of said property after the termination of said National Banking Emergency / State of War (from March 9, 1933, to the Present) and the nullifying of the evil *Erie* Decision of 1938.

*Maxim: "Equity regards as Done that which Ought to have been Done."*

Further Affiant Sayeth Not.

  

**john joseph: whitfield**, American Freeman/State National
Pre-March 9, 1933, Private Citizen of the United States
        Private American National/Non-"U.S. citizen"
Private Citizen of the State of North Carolina
Special and Private Resident of the County of Guilford
Agent of Record without recourse/without prejudice for
        "JOHN JOSEPH WHITFIELD"
Sole Beneficiary of the Estate and Name of
        "JOHN JOSEPH WHITFIELD"

**Exhibit 16; Page 4 of 5**

All Rights Reserved Without Prejudice

## Verification and Acknowledgement

**United States of America**     )
**State of North Carolina**     )  **s. a.**
**County of Guilford**      )

Before Me, on this day **john joseph: whitfield**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AKJV1611 Bible* and in accordance with the Maxims of Law and Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this ___10th___ day of August, 2024.

KATHRYN WHITE
Notary Public, North Carolina
Guilford County
My Commission Expires
4/18/2026

_____
Notary Public

**Exhibit 16; Page 5 of 5**